IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES DIXON, #139 244<br>DONALD W. YOUNG, #157 063<br>BRUCE HARMS, #202 029<br>JAMES MCDONALD, #236 354 | *<br><br>* |
| Plaintiffs, | *<br><br>*     2:06CV 284 -T |
| v. |     2:06-CV-266-MHT |
| RICHARD ALLEN, *et al.*, | *<br><br>* |
| Defendants. | * |

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action challenging the conditions of confinement

at the Easterling Correctional Facility.  Each inmate filed a motion for leave to proceed *in*

*forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d).  The Prison Litigation

Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required

[filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001).  Consequently,

multiple prisoners are not entitled to enjoin their claims in a single cause of action.  *Id.*

Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Open four (4) separate civil actions - one for each Plaintiff named in the instant

complaint.  The Clerk is advised that the case number of the present cause of action shall be

assigned to Charles Dixon;

2. Assign the newly opened cases to the Magistrate Judge and District Judge to which the instant cause of action is assigned;

3. Place a copy of the complaint, brief in support of the complaint, and the *in forma pauperis* applications filed by inmates Young, Harms, and McDonald, in the newly opened case files;

4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done this 29th day of March, 2006.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE