IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES McDonald #236354
  PLAINTIFF
VS.
RICHARD ALLEN, et. al.;
  Defendants

CASE NO. 2:06-CV-284 MHT
(W/O)

MOTION AND OBJECTION TO MAGISTRATE
JUDGE RECOMMENDATION

Plaintiff JAMES McDonald #236354 filed a 42 U.S.C § 1983 Class Action challenging the Conditions of Confinement within the Alabama Dept. of Corrections Prison Systems Easterling Corr. Facility. Plaintiffs filed a brief in support of his complaint which the Court construes as containing a Motion for Class Certification under Rule 23, Federal Rules of Civil Procedure (see Doc.No.3) Upon Review of the Motion for Class Certification, the Court concludes that this Motion is due to be denied. (See Magistrate Judge Recommendation at Pg.1)

Plaintiffs request this Honorable Court for Appointment of Counsel because a Class Action with this great of merit is too complicated for the Plaintiffs to represent a class Action Lawsuit. This Honorable Court has Jrisdiction pursuant to 28 USC Section 1915 (e)(1), and Section 1988. The Plaintiffs will not be able to investigate the case and conduct interviews with state officals. See Montgomery V. Pinchak 294 F. 3d 492, 499 (3rd CIR. 2002); Hendricks V. Coughin, 114 F. 3d 390 (2d CIR. 1997)

1.

Plaintiffs Imprisonment will greatly limit his ability to litigate. The numerous complex issues involved in this case, are required to have significant research and professional investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

Wherefore, Plaintiffs request that the court appoint counsel for the Plaintiffs, who is a member of the Montgomery Bar, as counsel in this case.

Respectfully Submitted: _James McDonald_

Certificate of Service

___James McDonald___ declares under penalty of perjury and hereby certifies that pursuant to 28 USC under § 1746 that I served upon the Clerk of the Court, this Motion and Objection, by placing in an envelope and putting envelope in the Easterling Post Office on this __14th__ day of __April__, 2006, and properly addressed: To the Clerk of the United States District Court Northern Division P.O. Box 711 Montgomery, Alabama 36104-0711

SIGNED: _James McDonald_

Easterling Corr. Facility
200 Wallace Drive
Clio, Alabama 36017-2615

2.