IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES POSEY MCDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv284-MHT |
| | ) | |
| RICHARD ALLEN, etc., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objection (doc. no. 8) is denied.

(2) The recommendation of the United States Magistrate Judge (doc. no. 5) is adopted.

(3) The motion for class certification contained in plaintiff's memorandum (doc. no. 3) is denied.

(4) This cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 24th day of April, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE