IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES McDONALD, #236354 )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>)<br>RICHARD ALLEN, et al., )<br>)<br>Defendants. ) | Case #2:06-CV-284-MHT |

## ENLARGEMENT

Comes now Sidney Williams, Chairman of the Alabama Board of Pardons and Paroles, and moves the Court for an enlargement to file an answer to the complaint.

1. Granting the enlargement will not prejudice the Plaintiff, who is serving a 2004 sentence (50-years) for Sodomy II.

2. The Defendant's answer was due May 24th, 2006 and the requested enlargement is for 14-days making the answer due June 7th, 2006.

3. Plaintiff's claims are against several state officials from different agencies.

4. The additional time is needed for the Defendant to respond adequately.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steve.Sirmon@alabpp.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on 5-25-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>    **JAMES McDONALD**
>    **AIS# 236354**
>    **EASTERLING CORRECTIONAL FACILITY**
>    **200 WALLACE DRIVE**
>    **CLIO, ALABAMA 36017-2165**

Done this **25**[th] day of **May 2006**.

>    Respectfully submitted,
>
>
>    s/ STEVEN M. SIRMON
>    ASSISTANT ATTORNEY GENERAL
>    State Bar#: ASB-5949-S61S
>    Ala. Bd. Pardons and Paroles
>    301 South Ripley Street
>    P.O. Box 302405
>    Montgomery, Alabama 36130
>    Telephone: (334) 242-8700
>    Fax: (334) 353-4423
>    steve.sirmon@alabpp.gov