IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES MCDONALD, #236 354 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-284-MHT |
| | | (WO) |
| RICHARD ALLEN, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendant Williams' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendant's Motion for Extension of Time (Doc. No. 15) is GRANTED; and

2. Defendant is GRANTED an extension from May 23, 2006 to June 7, 2006 to file his answer and written report.

Done this 1st day of June, 2006.

                                                    /s/Charles S. Coody
                                                    CHARLES S. COODY
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE