**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sidney Williams
    301 South Ripley Street
    Montgomery, AL 36130

A. Signature
X  Cornell Long
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
CORNELL LONG

C. Date of Delivery
6/15/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06 CV 284
   and to cmp

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3461 1314

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540