IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

James McDonald
vs
Richard Allen, et, al.,

CASE 2:06-cv-284-MHT

Motion and Request for Extension of Time

The Chief United States magistrate Judge ordered the plantiff to Answer the Defendants special Report and file a response by August 10, 2006

The Plantiff moves this Honorable court by Requesting favor of the Honorable Judge Charles S. Coody, that the plantiff be given 30 days to file a Response to defendants special Report. Due to Unmeaningfull access to Law Library and the restrictions placed on Access. The plantiff for good cause needs this extension of time.

Respectfully Submitted
James P. McDonald
plantiff    PRO SE.

## CERTIFICATE OF SERVICE

I, James McDonald, do hereby certify that I have under penalty of Perjury Pursuent to 28 USC § 1746 filed this Motion for Extension of Time and have mailed a Copy to the defendants Attoneys of Troy King properly addressed below, and to the Clerk of this Court by placing said motion in the United States mail Box, Postage Pre-paid, at Easterling Post office Done this 7th Day of August, 2006

Signed James P. McDonald

JAMES MCDONALD 236354
ECF 200 WALLACE DR.
CLIO, Alabama,
36017

Copy,
ATTORNEYS for
TROY KING

CLERK OF THIS COURT
P.O. BOX 711
MONTGOMERY, AL.
36104