IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES MCDONALD, #236 354 | * |
| Plaintiff, | * |
| v. | *    2:06-CV-284-MHT |
| RICHARD ALLEN, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

For good cause, it is

ORDERED that on or before August 23, 2006 the non-parole defendants shall file a supplemental special report which complies with the court's order of procedure which directs that the written report contain the sworn statements of all persons having knowledge of the subject matter of the complaint as well as all relevant and/or applicable records, documents, regulations, guidelines, *etc*. (*See* Doc. No. 14; *see also* Document No. 22.)

It is further

ORDERED that Plaintiff is GRANTED and extension from August 10, 2006 to September 12, 2006 to file a response to Defendants' written reports, as supplemented, in accordance with the provisions contained in the court's July 24, 2006 order.

Done this 14th day of August, 2006.

                                                             /s/Charles S. Coody
                                                             CHARLES S. COODY
                                                             CHIEF UNITED STATES MAGISTRATE JUDGE