IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES MCDONALD, #236254    )
    )
    Plaintiff,    )
    )
v.    )    CASE NO.: 2:06-CV-284-MHT
    )
RICHARD ALLEN, *et al.*,    )
    )
    Defendants.    )

## DEFENDANTS' RESPONSE TO COURT'S AUGUST 14, 2006 ORDER

**COME NOW**, the Defendants, **Richard Allen and Bob Riley,** by and through

Attorney General Troy King, via undersigned counsel, and in accordance with this

Honorable Court's Order of August 14, 2006, submit the following exhibits in support of

their Special Report:

    A.    Affidavit of Gwendolyn Mosley;

    B.    Medical records of Plaintiff, showing he has received medical care,

vaccinations, dental care, and has received *and* refused psychological care;

    C.    ADOC Admin. Reg. No. 214 "Law Library Supervisors;"

    D.    ADOC Admin. Reg. No. 338 "Inmate Property;"

    E.    ADOC Admin. Reg. No. 323 "Laundry Services;"

    F.    ADOC Admin. Reg. No. 412 "Institutional Law Libraries;"

    G.    ADOC Admin. Reg. No. 442 "Mental Health Services."

Respectfully Submitted,


Troy King (KIN047)
Attorney General


s/ J. Matt Bledsoe
J. Matt Bledsoe (BLE006)
Assistant Attorney General


ADDRESS OF COUNSEL:


OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 342-7443
(334) 242-2433 (fax)


## CERTIFICATE OF SERVICE

I hereby certify that I have on this 23rd day of August, 2006, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:


James McDonald, #236354
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017


s/ J. Matt Bledsoe
J. Matt Bledsoe (BLE 006)
Assistant Attorney General