**AFFIDAVIT**

**JAMES MCDONALD #236354**
    **PLAINTIFF**

       **VS.**                  **CIVIL ACTION NO. 06-284-MHT**

    **DEFENDANTS.**

**RICHARD ALLEN, et.al.**

<strong>STATE OF ALABAMA<br>EASTERLING CORRECTIONAL FACILITY</strong>

I, __Kay Wilson,__ hereby certify and affirm that I am a __Health Services Administrator__ at Easterling Correctional Facility; that I am one of the custodians of __inmate medical records__ at this institution; that the attached document(s) are true, exact, and correct photocopies of certain documents maintained here in the __Health Care Unit – Easterling C.F.__; and that I am over the age of twenty-one years and competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the Easterling Correctional Facility; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such facts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the __22nd__ day of __August, 2006__

                              _Kay Wilson_

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE __22nd__ DAY OF __August 2006__**
My Commission Expires: __7-15-07__

                              _Linda E._
                         **NOTARY PUBLIC**

**EXHIBIT**
**B**

FROM CAHABA IMAGING                    (FRI)JUL 14 2006  9:27/ST  9:24/NO.6312281820 P  4
Case 2:06-cv-00284-MHT-CSC    Document 33-3    Filed 08/23/2006    Page 2 of 22

**AL**

**DEPARTMENT OF CORRECTIONS**

**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: _Eosterlg_

Name: _Mc Donald James_

State ID No: _236354_

DOB: _3/22/68_

Race: _W_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr Durbon | 6/29/06 | 1:35 pm | | | |

**HISTORY/DIAGNOSIS:**

| X-RAY REQUEST | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | L | FINGERS 3rd Finger | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| ANKLE | | HAND | | OS CALCIS ( HEEL ) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILLIAC JOINTS | | WRIST |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | | |

**REPORT**

McDonald

**LEFT MIDDLE FINGER:** The fracture involving the tip of the distal phalanx of the finger is healing. There is some bony irregularity in the area but a definite fracture line is no longer seen.

D & T: 07-13-06  Howard P. Schiele, M.D./rr Board Certified Radiologist  (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)        X-RAY TECHNOLOGIST'S SIGNATURE        DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)              RADIOLOGIST'S SIGNATURE               DATE SIGNED

**AL**

**DEPARTMENT OF CORRECTIONS**

**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: _Easterly_

8B/06

Name: _McDonald James_
State ID No: _236354_
DOB: _3/2/68_
Race: _W_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| _DH Darbee_ | _6/26/06_ | _10:45 Am_ | | | |

HISTORY/DIAGNOSIS:

_w/previous_

### X-RAY REQUEST

| | | FINGERS _Middle_ | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FOOT | | ORBITS | | STERNUM |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | HAND | | OS CALCES ( HEEL ) | | TEMPORO-MANDIBULAR JOINTS |
| ANKLE | | HIP | | PELVIS | | THORACIC SPINE |
| CERVICAL SPINE | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| CHEST PA / LATERAL | | KNEE | | RIBS | | TOES |
| COCCYX | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| CONE DOWN SELLA TURCICA | | MANDIBLE | | SCAPULA | | ZYGOMA |
| ELBOW | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FACIAL BONES | | NASAL BONES | | SKULL | | |
| FEMUR | | | | | | |

### REPORT

McDonald

LEFT MIDDLE FINGER: The fracture involving the distal tuft is again noted. There is evidence of bony union but complete healing has not yet occurred.

IMPRESSION:   HEALING FRACTURE, DISTAL PHALANX.

D & T: 07-05-06 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

DATE, TIME EXAM PERFORMED    _7-3-06_

RADIOLOGIST'S NAME (PRINT)



**AL** DEPARTMENT OF CORRECTIONS

8B|06

Ⓝ

Name: _McDonald, James_

State ID No: _236354_

RADIOLOGY SERVICES REQUEST AND REPORT

DOB _3/22/68_

INSTITUTION: _Easterling_

Race: _W_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Floyd CRNP | 6/26/06 | 11am | X | | |

HISTORY/DIAGNOSIS:

**X-RAY REQUEST**

| | | | | | |
|---|---|---|---|---|---|
| ABDOMEN/KUB | ✓ FINGERS (3rd) | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND (Middle finger) | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

**REPORT**

McDonald

LEFT 3^RD^ DIGIT:  There is a fracture involving the distal phalanx of the 3^rd^ digit.

IMPRESSION:  FRACTURE DISTAL PHALANX 3^RD^ DIGIT.

D & T: 06-28-06  Maurice H. Rowell/dc  Board Certified Radiologist (Signature on file)

_6/22/06_

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE    _6-27-06_    DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE

8850



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: _7/20/05_

### URINALYSIS

LEUKOCYTES _____ trace

NITRITE _____ neg

UROBILINOGEN _____ normal

PROTEIN _____ neg

pH _____ 6

BLOOD _____ neg

SPEC. GRAVITY _____ 1.010

KETONE _____ small

GLUCOSE _____ normal

HCG _____

(Add: Final Labs Here) _____ med amber, mild odor

A 7/20/05

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| M<sup>c</sup>Donald James | 236854 | 3/22/68 | w/m | ECF |

PHS-MD-70012                   **LABORATORY REPORTS**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _James McDonald_       Date of Request: _10-19-04_
ID # _236354_               Date of Birth: _03-22-68_ Location: _G-20_
Nature of problem or request: _I have a severe toothache_
_in two teeth. Both need pulled. They have_
_both been broken at the Gumline._

_James McDonald_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _10/20/04_
Time: _8:16_ ⒶM PM
Allergies: _NKDA_

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date:  10-20-04                │
│  Time:  7:00a                   │
│  Receiving Nurse Intials  __    │
└─────────────────────────────────┘
```

**(S)ubjective:** _Toothache # Wants Tooth Extracted_

**(O)bjective (V/S):** T:          P:          R:          BP:          WT:

**(A)ssessment:**

**(P)lan:** _RTC on Nov. 1, 2004 at 9:00am_

Refer to:   MD/PA   Mental Health   (Dental)   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_S. Nowdy RN_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE HEALTH EVALUATION

NAME: _McDonald, James_
AIS # : _236354_
D.O.B.: _3/22/68_

Age _37_  Sex _M_  Race _W_  Height _6'1_  Weight _180_

Temp: _96.5_  B/P: _100/70_  Pulse: _64_  Resp: _16_

** B/P – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:     FSBS 67

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | ✓ | | Gastritis | | ✓ | **HIV/AIDS ***** | | ✓ |
| Loss of Consciousness | ✓ | | Ulcers | | ✓ | ***Medications Verified | | ✓ |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | ✓ | | Gall Bladder/Pancreas | | | Gonorrhea | | ✓ |
| Vision Problems | ✓ | | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | | ✓ | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | ✓ | | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | ✓ | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | ✓ | Type: | | |
| Asthma * | | ✓ | PPD - date given: | | | | | |
| *Peak Flow Reading | | ✓ | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results:       mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD      OS | | | | | |
| Hay Fever/Allergies | | ✓ | OU 20/20 c̄ | | | EKG (@ age 35) | | |

Immunization History: _States Current_

Immunizations Needed: _none_

***HIV Medications: _N/A_

Acute or Chronic Problem Noted:  (Y)  N     Refer to Mid-Level or M.D. if yes.

_N. Slough RN_                          _9/15/04_

**RN or Mid-Level, Signature**                **Date/Time**

60511-AL          _C/o Prostate probl._

## INTAKE HEALTH APPRAISAL

NAME:_____
AIS#:_____
D.O.B.:_____ R/S_____

**HEALTH CLASSIFICATIONS:**
**(Circle One)**

(1) - **No Restrictions**

2 – **Temporary Restrictions**
        See Special Needs Form
3 – **Permanent Restrictions**
        See Special Needs Form
4 – **A&I (Aged & Infirmed)**

5 – **Not Determined**
        Recheck_____.

**PLACEMENT:**

General Population        (✓)
Emergency Department      ( )
Isolation                ( )
Medical Observation      ( )
Other_____

**REFERRAL:**
CCC Placement            ( )

*Clinic(s)*_____
    See MD/Mid-Level flow sheet
      for clinic(s).
Medical                  ( )
Dental                   ( )
Mental Health            ( )
Other_____
When: ( ) Immediately
        ( ) Next Sick Call

**IMMUNIZATIONS ORDERED:**

_____
_____

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| **General Movement** Deformity / Pain, Bleeding / Habitus, Hygiene | / | |
| **Neuro** Mental Status / Intox Withdrawal, Tremor / Neuro-Deficits | / | AA+o x3 |
| **Skin** Injury, Bruises, Trauma / Jaundice Diaphoretic / Rash, Lesions, Infestations / Needle Marks / Color, Turgor | / | Tatoos multiple |
| **Head** Normocaphalic / Atraumatic / Hair, Scalp | / | |
| **Eyes** Glasses/Vision / Pupils / Sclera, Conjunctiva | / | 20/20 ou cl |
| **Ears** Appearance / Canals, TMs, Hearing | / | |
| **Nose** Epistaxis / Sinuses | / | |
| **Throat** Teeth, Gums, Dentures / Mouth, Tongue, Tonsils / Airway | / | |
| **Neck** C-Spine, Mobility / Veins, Carotids / Thyroid, Lymph Nodes | / | Full Rom |
| **Chest** Config. Ausc/Resp / Cough/Sputum / Breast/Masses | / | Resp c̄ ease |
| **Heart** Ausc Rate, Rhythm / Murmurs, Ectopy | / | |
| **Abdomen** Bowel Sounds / Palp, G/R/T, Hernia | / | ∅ BB stools |
| **GU** Flank Tenderness / Bladder Tenderness/Distention | / | |
| **Back** ROM, Spasm, Injury | / | Full Rom |
| **Extremities** Edema, Pulse | / | MAEW |
| **Genitals** Injuries/Lesions | / | Prost. problems |
| **Pelvic Pap** | | |
| **Rectal/Guiac** (required @ 45 and up) Deferred/follow-up: | | |

**Medications Ordered:** _____

_____        9/17/04
M.D. or Mid-Level Signature        Date/Time

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

DATE: 11/16/05    TIME:

Target Symptoms

| Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|
| Mood swings | 0 / 0 |
| Racing thoughts / increased energy | 0 / 0 |
| Pressured speech / Anxiety | 0 / 0 |
| Impulsivity / Irritability | 0 / 0 |
| Poor Sleep | 0 / 0 |

Medications: Depakene, Xantac has been D/c'd as of 8/17/05.    Informed Consent ✓
Compliance: Inmate report ____ % vs MAR ____ %  Doing well clinically.

In addition to the information in the tables above and below, then inmate-patient:

**S** "I have been doing well without taking any medicines for about three months now. I don't have any mood swings. I don't have any problem now?" Reports ∅ other s/sx of

Side effects:

**O** mood, anxiety or thought d/o. ∅ thoughts to hurt himself or anyone else. Voices no

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings | |
|---|---|---|---|---|
| Psychosis | ✓ | | ∅ s/sx of psychosis, ∅ SI, ∅ HI ∅ HA | ⊕ther concerns, A to x3 |
| Serious Depression | ✓ | | ∅ s/sx of Depression or ⊕ delusion | Mood: euthymic |
| Self-Injurious Thoughts | ✓ | | Denies | Bipolar D/o noted |
| Suicidal intent | ✓ | | Denies ✓ | Affect: |
| Aggressive | ✓ | | None noted | Appropriate |
| Seriously Impulsive | ✓ | | None noted | Thought |
| Situational Upset | ✓ | | None noted | Process: logical |

Lab info: None    Labs Ordered: ____    Labs Reviewed: ____    AIMS?: ____

**ASSESSMENT/Diagnosis (DSM-IV)**
Bipolar D/o
(in remission)

**PLAN:** Im clinically stable without being on any psychotropic meds since 8/17/05. Exhibits ∅ s/sx or signs of mental illness at this time. Discussed c̄ tx team to change his mental health code to HIST.
RTC PRN    Print Last Name: DR. BANERJEE    Sign: SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MCDONALD, JAMES | 236354 | | W/m | HIST | ECF |

Disposition: Medical File

ADOC AR. 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

Discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan. RTC on PRN basis at this time. Continue care.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**PSYCHIATRIC PROGRESS NOTES**

DATE: 8/17/05   TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | Today vs Before |
|---|---|---|
| Mood swings | | 0 / 3 |
| Racing thoughts / increased energy | | 0 / 2 |
| Pressured speech / Anxiety | | 0 / 0-1 |
| Impulsivity / Irritability | | 0 / 1 |
| Poor sleep | | 0 / 1 |

Medications: med non-compliant   VPA, Depakene          Informed Consent ✓

Compliance: Inmate report 100 % vs MAR 100 %

In addition to the information in the tables above and below, then inmate-patient:

S   "I am feeling fine. I don't want to take any more of the medicines. I am doing good without it." ∅ s/s of mood, anxiety or

O   thought d/o. ∅ thoughts to hurt himself or anyone else. Voices no other issues or concerns. A+O x3. Good eye contact. Mood: euthymic

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Affect: Appropriate |
| Serious Depression | ✓ | | ∅ s/s of psychosis, ∅ SI, ∅ HI Thought |
| Self-Injurious Thoughts | ✓ | | ∅ s/s of depression or Process |
| Suicidal intent | ✓ | | Denies            Bipolar D/o  logical |
| Aggressive | ✓ | | Denies |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | ✓ | | None noted } at present time. |
| | | | None noted |

Lab info: None at this time.   Labs Ordered:   Labs Reviewed: VPA level was 55 ug/ml. AIMS: on 6/24/05

**A**SSESSMENT/Diagnosis (DSM-IV)

Bipolar D/o (in remission)

**P**LAN: Pt clinically stable. Has been med non-compliant and refusing all psychotropic meds. at this time does not exhibit any s/s of mental illness. Will D/C Depakene. Pt. X Zantac. Will be followed up c counseling.

Return to clinic:  RTC 90 days   Print Last Name: DR. BANERJEE   Sign: Banerjee counseling

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution/AIT |
|---|---|---|---|---|---|
| MCDONALD, JAMES | 236354 | | W/M | SMI | ECF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

RTC in 90 days for follow up. Continue care.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7-21-06

**To:** ADoc (Easterling)

**From:** PHS (Easterling)

**Inmate Name:** McDonald, James       **ID#:** 236354

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. (Other) Bottom Bunk Profile X 6 mth 7-21-06 → L2L07

**Comments:**

_____

_____

_____

_____

**Date:** 7-21-06   **MD Signature:** √ SDr Darbouze Smith   **Time:** 2

*James McDonald*                    60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6/26/06

**To:** Doc

**From:** PHS

**Inmate Name:** Mc Donald James    **ID#:** 236354

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**
Betadine Soaks qd to Middle ① finger ē
Scrubbing to old dry blood clot Removal. Dry Drsg
daily @ 5Pm X 1 week. 6/26/06 ~ 7/3/06

**Date:** 6/26/06    **MD Signature:** OO Floyd cms /Dr    **Time:** 10⁴⁰ p

James McLeod

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6/20/06

**To:** DOC

**From:** HCU

**Inmate Name:** McDonald, James    **ID#:** 236354

**The following action is recommended for medical reasons:**

1. House in

2. Medical Isolation

3. Work restrictions

4. May have extra _____ until

5. Other

**Comments:**

Dressing ⚬ to Ⓛ middle finger BID - 5A, 5P
until healed

**Date:** 6/20/06 **MD Signature:** Darbovze / _____ **Time:** 6:15 pm

60418

X James McDonald



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 6 /18/06 | TIME 845 ☑AM ☐PM | ORIGINATING FACILITY Easterling ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA 978 | Wt. 155 | CONDITION ON ADMISSION ☑GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 978 | ORAL RECTAL | RESP. 16 | PULSE 54 | B/P 100/50 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S- "I cut my finger on a table saw in trade school"

O2 Sat 98%

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- W/m A+O x 3 Amb c̄ steady gait Resp c̄ ease Skin WD laceration noted to to L middle finger c/o feeling dizzy NAD noted Release to pop @ 945a c̄ Ø complaints voiced.

A- Alt. in skin integrity

P- Refer to MD

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tetanus 0.5ml IM x1 | | |
| Tylenol 1gm po Now – Hold in infirmary for observation | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 6 /18/06 | TIME 945 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☑AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE SBushian | DATE 6/18 | PHYSICIAN'S SIGNATURE | DATE 6/18/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) McDonald James | DOC# 236354 | DOB 3/22/68 | R/S W/m | FAC. ECF |
|---|---|---|---|---|

PHS MD 70007
(White – Record Copy, Yellow – Pharmacy Copy)

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | | | DATE | |
|---|---|---|---|---|
| MC DONALD, JAMERS | | | 2/13/2006 | |

| NUMBER | | | INSTITUTION | |
|---|---|---|---|---|
| 236354 | | DON | DONALDSON CORR FACILITY | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | -3.25 | 0.00 | 0 | 0 | |
| OS | -4.00 | -0.50 | 115 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 0.00 | 0 | 63 | 0 | |
| OS | 0.00 | 0 | 0 | 0 | |

LENS COLOR/COATINGS            Clear

| FRAME | STYLE | FRAME COLOR |
|---|---|---|
| NICK | | |
| EYE SIZ | DROP BALL | FINAL INSPECTION |
| 50 | | |

| | |
|---|---|
| LENSES: | $4.95 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $9.79 |

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own ... should be replaced immediately.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _James McDonald   8B104 _____   230354_____

(Print Name)                                              (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint

(✗) Eyeglasses

( ) Dentures

( ) Prothesis     describe _____

( ) Wheelchair

( ) Cane

( ) Crutches

( ) Other     describe _____

I acknowledge that the equipment/appliance is functional for my use.

*I also acknowledge the equipment/appliance is in good working condition.*

_James McDonald_____     _3-27-06_____
(Inmate)                                         (Date)

_____     _3/27/06_____
(Witness)                                        (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| McDonald, James | 230354 | | | Fost |

PHS-MD-70005          **(White – Medical File, Yellow – Security Property Officer)**



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-9-06

**To:** Doc

**From:** PHS

**Inmate Name:** McDonald James **ID#:** 236354

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Bottom Bunk Profile X 6mo

1-9-06 → 7-9-06  7-9-0  7-9-06

**Date:** 1-9-06 **MD Signature:** V O R Darbourg/Ph **Time:** 9⁰⁰

60418

_James McDonald_



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _James D. McDonald      236354_

Date of Birth: _3-22-68_      Social Security No.: _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_

Date: _11-22-05_      Time: _8:25 am_      A.M.
                                                  P.M.

This is to certify that I, _James P. McDonald_ , currently in
(Print Inmate's Name)

custody at the _Easterling Correctional Center_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Hepatitus B Vaccine_
(Specify in Detail)

_____

_____

    I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_James P. McDonald 236354_          _SBush LPN_
(Signature of Inmate)**                        (Signature of Medical Person)

_Yolanda Gra_
(Witness)                                            (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10/15/05

**To:** Doc- Easterling

**From:** HCU- Easterling

**Inmate Name:** McDonald, James     **ID#:** 236354

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

**Comments:** Report to HCU on Monday 10/17/05
at 630am for PPD reading.

**Date:** 10/15/05  **MD Signature:** VO Dr. Darbouze    **Time:** 835am

X _Jams McDoell_

60418

**Prison Health Services**

## REFUSAL OF TREATMENT FORM

Institution: Easterling

Resident's Name: M. Donald James    ID# 236354

D.O.B. 3-22-68

I, ___Jame McDonald___ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ✓ | H. | Other (Please specify) |

Chronic care

Reason For Refusal I Don't feel it is what I need.

Potential Consequences Explained Informed Pt of what med was used for & dangers that could occur's med. usage. Voices understanding

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_____
Witness Signature

8-18-05
Date

_____
Patient Signature

8-18-05
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

PHS MD-70108



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _James McDonald_

Date of Birth: _3-22-68_          Social Security No.: _236359_

Date: _7-24-2005_          Time: _10 25_     A.M.
                                                  **P.M.**

This is to certify that I, _James McDonald_ , currently in
                              (Print Inmate's Name)

custody at the _Elmore_ , am refusing to
                    (Print Facility's Name)

accept the following treatment/recommendations: _No Show s/c 7-24-005_
                                                      (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Timothy Lox_                              _[signature]_
(Signature of Inmate)**                    (Signature of Medical Person)

_Raphae W Ryan_                            _____
(Witness)                                  (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)





**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL
EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT
SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _S mcKinnon_____    DATE: _12/4/04___

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _James McDonald____    DATE: _12-4-04___

EXPIRATION DATE: _12/4/05___

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| McDonald, James | 236354 | 3/20/68 | W/m | Eust |

PHS-MD-70042    **(White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))**