


# State of Alabama
# Alabama Department of Corrections

BOB RILEY
GOVERNOR

Research and Planning
P. O. Box 301501
Montgomery, AL 36130-1501

Donal Campbell
COMMISSIONER

June 29, 2004

ADMINISTRATIVE REGULATION          OPR: OPERATIONS
NUMBER                  214

## LAW LIBRARY SUPERVISORS

I. **GENERAL**

This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes responsibilities, policies, and procedures for those officers assigned to supervise the institutional law library.

II. **POLICY**

The ADOC shall provide legal resource libraries and allow all inmates access to the materials available.

III. **DEFINITION(S) AND ACRONYM(S)**

A. <u>Inmate Law Library Clerks</u>: Inmates that are assigned to assist the law library supervisor.

B. <u>Commissioners designee</u>: A person designated by the Commissioner to coordinate inmate legal matters that cannot be resolved at the institutional level.

C. <u>ICF (Institutional Contingency Fund)</u>: A fund designed to provide certain materials and services for the benefit and welfare of the inmate population, not otherwise provided with appropriated funds.

IV. **RESPONSIBILITIES**

Wardens/designees are responsible for the operation and maintenance of the library.

V. **PROCEDURES**

A. Each institution shall make legal materials available in a suitable location for access by inmates assigned to that institution.

1. The Library Supervisor at the institution shall monitor the use of these materials.


EXHIBIT C

  2. Institutionally owned legal resource/reference materials shall be maintained only within the library, except for those accessed to inmates confined in segregation units or who do not have direct access to a centralized law library because of their assignment.

B. Law library access shall be open to all inmates housed in general population of the institution.

C. Inmates in segregation or otherwise restricted will be:

  1. Allowed no physical access to the law library.

  2. Provided a complete listing of materials available in the law library.

  3. Allowed to request items from the law library and the request should be filled in a timely manner.

D. The law library at all institutions shall be open a minimum of 20 hours per week.

  1. Days and times for library use will be provided as long as security needs are maintained.

  2. Law library services shall be provided during work hours to provide access to the greatest number of inmates that does not interfere with work assignments or other programs.

E. The law library shall provide, as prescribed by legal, writing instruments, plain paper, and envelopes for inmate use in preparing legal correspondence and documents.

F. Materials and equipment, as approved by the ADOC Legal Division, will be provided through the ICF of the respective institution.

G. The Warden's designee will coordinate and supervise the law library services in the institution as follows:

  1. The law library collections are maintained orderly and current.

  2. Inmate law library clerks are supervised.

  3. All materials, such as but not limited to pocket parts, advance sheets, and volumes, are logged.

  4. Daily logs of the use of the law library, and those denied direct access, is maintained.

  5. Law library hours are posted in inmate living areas.

  6. All legal materials are inventoried and an inventory report is submitted to

the Commissioner's designee on or before the 10th day of September.

7. Ensure the availability of forms listed in Annex A (Institutional Law Library and Court Forms), submitting order requests as necessary to the institutional business manager.

8. Coordinate requests for legal materials with the Commissioner's designee.

9. Instruct inmate law library clerks that they are not to pretend to be licensed attorneys or in any way appear to be engaged in the unauthorized practice of law. Inmate law clerks should also be instructed that they **SHALL NOT** charge for legal services.

## VI. DISPOSITION

Any forms used will be disposed of and retained according to the Departmental Records Disposition Authority (RDA).

## VII. FORMS

There are no forms prescribed in this regulation.

## VIII. SUPERCEDES

This regulation supercedes AR 214, dated August 18, 1992.

## IX. PERFORMANCE

ACA Standards: 3-4256 and 3-4264

**ANNEX(S):**

Annex A, Institutional Law Library and Court Forms

_____
Donal Campbell, Commissioner

# INSTITUTIONAL LAW LIBRARY AND COURT FORMS

## LAW LIBRARY FORMS

| FORM NUMBER | FORM NAME |
|---|---|
| N942L | Material Received Log |
| N943L | Access to Law Library |
| N944L | Access to Legal Material |
| N946L | Photocopy Log Law Library |
| N947L | Notary Log |
| N949L | Law Library Sign-In Sheet |
| N950L | Law Library Inventory Sheet |

## COURT FORMS

| FORM NUMBER | FORM NAME |
|---|---|
| N937 | (42 USC 1983) U.S. District Court Northern District |
| N938 | (42 USC 1983) Civil Rights (Complaint) Middle District |
| N939 | (42 USC 1983) U.S. District Court Southern District (Motion to Proceed Without Prepayment of Fees and Costs Included with this form) |
| N941 | Petition for Relief from Conviction or Sentence (Pursuant to Rule 32) |
| N954 | (28 USC 2254) U.S. District Court Northern District |
| N955 | (28 USC 2254) U.S. District Court Mobile District |
| N956 | (28 USC 2254) U.S. District Court Southern District |
| N957 | Affidavit of Substantial Hardship Order (Form C10, Revised 6/88) |