

# State of Alabama
# Alabama Department of Corrections

Research and Planning
P. O. Box 301501
Montgomery, AL 36130-1501



**BOB RILEY**
GOVERNOR

**DONAL CAMPBELL**
COMMISSIONER

November 22, 2005

ADMINISTRATIVE REGULATION                                         OPR: OPERATIONS
NUMBER                          338

## INMATE PROPERTY

**I.      GENERAL**

This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes the responsibilities, policies, and procedures to prescribe consistent limitations for the volume and type of property allowed to be maintained by an inmate and to provide instructions for the acquisition, transportation, storage, and disposal of inmate property.

**II.     POLICY**

The ADOC shall govern the control and safeguarding of inmate personal property. Inmates shall be allowed to retain in their possession an authorized amount of personal, state, and religious property. The ADOC will specify the limit of personal property belonging to inmates; these procedures are made available to inmates upon admission.

**III.    DEFINITION(S) and ACRONYM(S)**

A.   Approved Source of Supply: Publisher, retail/wholesale dealer of mail order products for books, magazines, hobby craft, and medical items or as otherwise determined by the Warden.

B.   Contraband: Any item **NOT** issued to an inmate by the ADOC or retained in its present form, location, or use, sold in the inmate canteen or authorized by the Warden.

C.   Laundry Bag: A standard sized state-issued mesh bag utilized by the ADOC for transportation of inmate property.

D.   Religious Items: Items which are authorized specifically for the purpose of approved religious practices, see ADOC AR 333, *Religious Program Services*.

E.   Health Care Appliances: Items that are utilized in the treatment and/or adaptation to an illness or handicap that are ordered and/or approved by contract medical services. Health care appliances include, but are not limited to: orthopedic prostheses, orthopedic braces or shoes, crutches, canes, walkers, hearing aids, prescription eyeglasses, artificial eyes, dental prostheses, breathing devices, and wheelchairs.

EXHIBIT D

    F.    <u>Legal Papers</u>: Pleadings and resource documents (e.g., case law, court rules, statues, transcripts, or legal forms) relevant to current cases.

    G.    <u>Inmate Personal Property</u>: All items of approved property belonging to an inmate.

    H.    <u>Property Control Officer</u>: A staff member, assigned by the Warden, responsible for the inventory control of inmate property.

    I.    <u>State-Issued Property</u>: Items issued to the inmate from the ADOC.

## IV. RESPONSIBILITY

    A.    Wardens/Division Directors are responsible for developing their institutional/divisional Standard Operating Procedures (SOPs), as necessary, for AR 338, *Inmate Property*.

    B.    Property Control Officer is responsible for the management of the institutional property control plan.

    C.    ADOC Employees will be responsible for following the guidelines set forth in this regulation.

    D.    Inmates shall be responsible for following the procedures set forth in this regulation.

## V. PROCEDURES

    A.    Initial Intake - The ADOC shall govern the inmate property of those inmates new to the system.

        1.    Upon arrival at the reception center, each inmate shall have all personal property inventoried by the Property Control Officer.

        2.    Authorized inmate property items are those listed on Annex A, *ADOC Inmate Personal Property – Institutions* or Annex B, *ADOC Inmate Personal Property – Work Release*.

        3.    All inmate items will be documented on ADOC Form 338-A, *ADOC Inmate Property Sheet – Institution* or ADOC Form 338-B, *ADOC Inmate Property Sheet – Work Release*.

        4.    All funds (cash, money orders, and/or checks) will be collected from the inmate, accounted for, and submitted to the business office for placement on the inmate's PMOD account. Inmates will be allowed to send unauthorized money orders and personal checks to individuals of their choice within thirty (30) days.

5. Unauthorized items confiscated from new intake inmates will be documented on ADOC Form 306-B, *Disposal of Contraband*, and stored in an adequately sealed container in the institutional property room. Inmates will have the option to send the items to a location of their choice or they will be destroyed after thirty (30) days. Refer to AR 306, *Contraband and Evidence Management*.

6. Religious Items: The ADOC shall permit inmates to have religious property in accordance with AR 333, *Religions Program Services*.

7. Each inmate will be issued at intake:

    a. Three uniforms (pants/shirts)

    b. One plain web belt

    c. One jacket (October 15th – April 15th)

    d. One cap (job related)

    e. Three sets of under clothing (T-shirts, boxers, panties, bras, socks)

    f. One gown (female)

    g. One pair of state issued brogans or tennis shoes

    h. One state identification card (ID) (ADOC AR 032, Issue and Control of Inmate Identification Cards)

    i. One laundry bag

    j. Two state issued sheets, one pillowcase

    k. One blanket (October 15th – April 15th)

    l. One mattress and pillow

    m. One towel and wash cloth

    n. One toothbrush and tube of toothpaste

    o. One bar of soap

    p. One comb

    q. One razor staff/razor blade, shaving cream or shaving powder

    r. Sanitary pads (females)

    s. One roll of toilet paper

B. Documentation of Personal, State, and Canteen Property

1. After the initial issue, each time a personal property item is received, ADOC Form 338-A, *ADOC Inmate Property Sheet – Institution* or ADOC Form 338-B, *ADOC Inmate Property Sheet – Work Release*, shall be updated to reflect the current issued items. Inmates are responsible for maintaining the established quantities of the approved items. Excess items will be considered contraband and will be disposed of in accordance with ADOC AR 306, *Contraband and Evidence Management.*

2. The Property Control Officer or designee shall require the inmate to sign ADOC Form 338-A, *ADOC Inmate Property Sheet – Institution* or ADOC Form 338-B, *ADOC Inmate Property Sheet – Work Release* to verify the issue. Refusal to sign the form shall be sufficient grounds to deny that item.

3. Upon completion of any issue or removal of inmate property, a copy of the written itemized inventory list will be distributed as follows:

    a. The inmate.

    b. The inmate's institutional file.

    c. The institution's Property Control Officer.

4. The institution's Property Control Officer shall retain inmate property sheets.

C. Any property not listed on Annex A, *ADOC Inmate Personal Property – Institutions* or Annex B, *ADOC Inmate Personal Property – Work Release*, shall be deemed contraband and disposed of in accordance with AR 306, *Contraband and Evidence Management*, with the exception of health care appliances.

D. Inmate Property Acquisition: Inmates will be permitted to acquire authorized personal property. Inmates are required to keep all receipts on property items purchased for proof of ownership for as long as they maintain the property item. Inmates will be required to keep all personal property in their assigned locker or issued laundry bag.

1. Level II Institutions and above:

    a. Inmates will be allowed to purchase canteen items within the institution's allowable limits.

    b. Items not available through the Canteen must be purchased from an approved vendor.

    c. Property or any other item of value received through the mail must comply with procedures in AR 448, *Inmate Mail*.

2. Level I Institutions:

   a. Inmates may purchase or acquire authorized personal property from vendors in the community.

   b. Property may also be acquired from family or friends as authorized by the Warden and in accordance with Annex B, *Inmate Personal Property – Work Release*.

E. Institutional Transfer:

1. Prior to the transfer of an inmate, the sending institution must inventory the inmate's state-issued and personal property. The Property Control Officer/designee will ensure an inmate is transferred with three (3) sets of uniforms. Shortages of state-issued clothing will be resolved between the Wardens/designee of the sending and receiving institutions.

2. All authorized inmate property (both state and personal) must fit within an ADOC issued laundry bag. In lieu of an ADOC issued laundry bag, three paper grocery bags may be utilized.

3. All state-issued property shall take precedence in packing. The inmate will ordinarily pack their own property. Any property which does not fit into the storage limitations listed above will be deemed contraband and sent out at the inmate's expense, or disposed of with a record maintained of the disposition.

4. During emergency moves or transfers (e.g., to segregation) or when it is not feasible to have the inmate pack their own property the inmate's property shall be inventoried on ADOC Form 338-A, *ADOC Inmate Property Sheet – Institution* or ADOC Form 338-B, *ADOC Inmate Property Sheet – Work Release*, and secured by the Property Control Officer/designee.

5. The receiving institution shall conduct an inventory and verify ADOC Form 338-A, *ADOC Inmate Property Sheet – Institution* or ADOC Form 338-B, *ADOC Inmate Property Sheet – Work Release*, upon arrival of the inmate, to ensure that all property is accounted for and authorized. If the receiving institution finds a discrepancy between the sending institution inventory and the inventory conducted upon arrival, an incident report must be completed noting the difference between the two property inventories. A copy of the incident report will be sent to the respective Wardens/designees for appropriate resolution.

6. Disposition of Hobby Craft and Hobby Craft Tools: The sending institution will ensure that the inmate's hobby work and hobby work tools are inventoried and secured prior to transfer to another institution. Items shall be mailed out at the inmate's expense, picked up by a designated party, donated to charity, or the sending institution will dispose of the items according to AR 306, *Contraband and Evidence Management*.

AR 338 – November 22, 2005

      7.     In the interest of effective property management and fire safety concerns, institutions shall limit the amount of personal legal papers that an inmate may maintain in their possession to documents relevant to current cases.

F.    Temporary Absence: When an inmate is temporarily off grounds (e.g., out to court, infirmary, and free-world hospital) the property must be inventoried, secured, and stored. Space shall be provided for storing the property of the inmate safely and securely until their return to the institution.

      1.     Inmates who are scheduled to be temporarily held at an ADOC institution for a court appearance or admitted to an ADOC infirmary will be transported from the sending institution with appropriate medications and hygiene items, e.g., soap, tooth brush, tooth paste, shaving powder, comb, and clean undergarments.

      2.     Inmates may require some or all medical appliances when temporarily off grounds. If any medical appliance raises a security concern, it will be evaluated, in conjunction with contract medical services. Special needs of inmates with disabilities shall be accommodated during transport.

      3.     When an inmate is out to court and subsequently released from the ADOC, they will have thirty (30) calendar days in which to advise the institution, in writing, as to the desired disposition of his/her property. Failure to notify the institution within this time frame shall result in the property being disposed of in accordance with AR 306, *Contraband and Evidence Management*.

      4.     Inmates who escape from the custody of the ADOC shall be deemed to have abandoned their personal property. The property that is not claimed by an inmate or next of kin within one year of an inmate's escape shall be disposed of in accordance with AR 306, *Contraband and Evidence Management*.

G.   Parole or End of Sentence (EOS):

      1.     Upon the legal release of an inmate from the ADOC, the inmate shall be allowed to take all personal property listed on ADOC Form 338-A, *ADOC Inmate Property Sheet – Institution* or ADOC Form 338-B, *ADOC Inmate Property Sheet – Work Release*, with the exception of durable health care equipment not considered personal property, which must be returned to contract medical services at the time of discharge. The inmate and the Property Control Officer shall sign the inventory form.

      2.     Personal property will be returned to the inmate at the time of their release, if applicable. Staff will ensure that state property does not leave the institution. Refusal by the inmate to sign the inventory will result in forfeiture of property.

AR 338 – November 22, 2005

H. Inmate Death:

    1. Upon the death of an inmate, it will be the responsibility of the Warden/designee, to ensure that all of the inmate's property is inventoried and secured. The officer conducting the inventory will complete and sign ADOC Form 338-A, *ADOC Inmate Property Sheet – Institution* or ADOC Form 338-B, *ADOC Inmate Property Sheet – Work Release*. A copy of the inventory will remain with the items.

    2. Once approved by ADOC I&I, the deceased inmate's property will be released to the inmate's next of kin. The person designated as next of kin must sign for any of the inmate's property received. Failure of next of kin to claim the property within thirty (30) days will result in its disposal.

    3. Property may be mailed to the next of kin by certified mail/return receipt at their expense, unless sufficient funds are available in the inmate's account. The ADOC does not accept liability for property damaged through the mail.

I. Upon determination that an item is contraband, it will be documented and disposed of in accordance with the provisions of AR 306, *Contraband and Evidence Management*.

J. Personal property may be limited, or removed altogether, during an inmate's period of assignment to administrative or punitive segregation. Unauthorized property will be disposed of in accordance with AR 306, *Contraband and Evidence Management*.

    1. Inmates may require some or all medical appliances while in segregation. If any medical appliance raises a security concern, it will be evaluated, in conjunction with contract medical services.

    2. Special needs of inmates with disabilities shall be accommodated while in segregation.

## V. **DISPOSITION**

Any forms used in this administrative regulation will be disposed of and retained according to the Departmental Disposition Authority (RDA).

## VI. **FORMS**

A. ADOC Form 338-A, *ADOC Inmate Personal Property Sheet - Institution*.

B. ADOC Form 338-B, *ADOC Inmate Personal Property Sheet – Work Release*.

VII. **SUPERCEDES**

This regulation being a new regulation does not supersede any other regulation at this time.

VIII. **PERFORMANCE**

    A.    Code of Alabama 1975, Sections 14-1-1 and 14-1-2

    B.    ACA Standards: 4-4292, 4-4294, 4-4285, 4-4166, 4-4164, 4-4446, and 4-4293

_____
Donal Campbell, Commissioner

**ANNEX(S):**

Annex A, *ADOC Inmate Personal Property – Institutions*

Annex B, *ADOC Inmate Personal Property – Work Release*

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## ADOC INMATE PROPERTY SHEET - INSTITUTION

**INSTITUTION:**_____

**INMATE NAME / AIS #**_____ **DATE**_____

**A.**   **Indicate number of items in corresponding blank**

|   |   |   |   |
|---|---|---|---|
| ___ 1. Pants (3) | ___ 14. Billfold/wallet (1) | ___ 27. Soap (6 bars) |
| ___ 2. Shirts (3) | ___ 15. State ID Card | ___ 28. Towels/Washcloths (2 each) |
| ___ 3. Jacket (1) | ___ 16. Mirror (1) | ___ 29. Toothbrush/Tooth Paste/Tooth Powder (3 each) |
| ___ 4. Belt (1) | ___ 17. Cup (1) | |
| ___ 5. Cap / Toboggan (1) | ___ 18. Lock (1) | ___ 30. Nail Clipper (1) |
| ___ 6. T-shirts (8) | ___ 19. Books (4) | ___ 31. Toiletry / Hygiene (2 each) |
| ___ 7. Underwear (8) | ___ 20. Legal Papers | ___ 32. Cosmetics |
| ___ 8. Socks (8) | ___ 21. Letters (12) | ___ 33. Fem Hygiene Products (36) |
| ___ 9. Gym shorts (2) | ___ 22. Stamps (40) | ___ 34. Sheets (2) |
| ___ 10. Thermal Underwear (2 sets) | ___ 23. Stationary Pads (4) | ___ 35. Blanket (1) |
| ___ 11. Sweat suits (2 sets) | ___ 24. Envelopes (50) | ___ 36. Pillowcase (1) |
| ___ 12. Gloves (1 pair) | ___ 25. Photographs (20) | ___ 37. Laundry Bag (1) |
| ___ 13. Shoe strings | ___ 26. Razor staff (1) | |

**B.**   **The following items require a brief description**

Shoes (name brand, size)
- Tennis Shoes (1 pair) _____
- Boots (1 pair) _____

Jewelry (name brand / description, color, style)
- Watch ($25) _____
- Religious medallion/chain ($25) _____
- Wedding ring ($50) _____
- Studded earrings - females ($15) _____

Electronic Equipment (name brand, color, mfg. serial number)
- Radio & Headphones (1 set) _____

**C.**   **Miscellaneous (i.e. Canteen items)**

_____
_____
_____

**D.**   **Stored Property**

You have thirty (30) calendar days from the above date to dispose of the following items. You may send the below items home by visitors, mail the items home at your expense, or donate the items to charity. If these items are not removed in thirty (30) days, they will be destroyed. Below are the items you are not authorized to keep.

_____
_____
_____

_____              _____
INMATE SIGNATURE                              WITNESS

ADOC Form 338-A – November 22, 2005

AR 338 – November 22, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

**ADOC INMATE PROPERTY SHEET – WORK RELEASE**

WORK RELEASE _____

INMATE NAME / AIS # _____ DATE _____

**A.  Indicate number of items**  

  ____ 1. Work/Dress Clothing (16 items)
  ____ 2. Social Security Card
  ____ 3. Alcohol Free After Shave Lotion (2)
  ____ 4. Alcohol Free Cologne (2)
  ____ 5. Alcohol Free Mouthwash (2)
  ____ 6. Shaver (1)
  ____ 7. Shower Caddie (1)

**B.  Property for Females**

  ____ 1. Slips (3)
  ____ 2. Costume Jewelry (10 items, per Warden)
  ____ 3. Hair Dryer (1)
  ____ 4. Curling Iron (1)
  ____ 5. Alcohol Free Perfume (2)
  ____ 6. Cosmetics (per Warden)
  ____ 7. Handbag (1)

**C.  The following items require a brief description**

Shoes (name brand, size)
- Tennis Shoes (1 pair) _____
- Boots (1 pair) _____

Jewelry (name brand / description, color, style)
- Watch ($25) _____
- Religious medallion/chain ($25) _____
- Wedding ring ($50) _____
- Studded earrings - females ($15) _____

Electronic Equipment (name brand, color, mfg. serial number)
- Radio & Headphones (1 set) _____
- Cassette / CD Player ($30) _____
- CD's / Cassette Tapes (10) _____

**D.  Miscellaneous (i.e. Canteen items)**
_____
_____
_____

**E.  Stored Property**

You have thirty (30) calendar days from the above date to dispose of the following items. You may send the below items home by visitors, mail the items home at your expense, or donate the items to charity. If these items are not removed in thirty (30) days, they will be destroyed. Below are the items you are not authorized to keep.
_____
_____
_____

_____    _____
INMATE SIGNATURE            WITNESS

ADOC Form 338-B – November 22, 2005

AR 338 – November 22, 2005

## ADOC INMATE PERSONAL PROPERTY – INSTITUTIONS

The following annex includes a list of personal property and state-issued property that inmates may possess within their locker box or other areas designated by the Warden. Inmates may also possess any approved item from the Canteen that is not listed. This list governs all inmate personal and state-issued property. This list will be attached and updated annually at a minimum.

**Clothing and Accessories**  The maximum number of items is listed that an inmate may possess at any given time. No item worn by an inmate may include pictures, depictions or writing that is offensive or affiliated with security threat or ethnic groups. All clothing items are to be white in color. No article may be altered from its original manufactured design.

- Pants (3 pair, state-issued) (2 additional pair for Kitchen, Road Squad, Maintenance and State Workers)
- Shirts (3 state-issued) (2 additional for Kitchen, Road Squad, Maintenance and State Workers)
- Jacket (1 state-issued from October 15th through April 15th)
- Belt (1 plain brown or black web) (Leather replacement acceptable through hobby craft)
- Cap (1 state-issued for job or specific inmate need)
- Toboggan (1, no ski mask)
- T-shirts (8 total, 2 may be state-issued at intake, no tank tops)
- Underwear (males 8, 2 pair state-issued at intake, boxers or briefs, white only) (female 9 sets, bras & panties, white only, 3 pair state-issued at intake)
- Socks (8 pair, 2 state-issued at intake)
- Gym shorts (2 pair, Canteen purchase only)
- Pajamas – females only (3 sets, no sheer, Canteen purchase, Incentive Package)
- Gown – females only (1 state-issued at intake for females)
- Thermal Underwear (2 sets total)
- Sweat suits (2 sets, cotton only)
- Gloves (1 pair, cotton only, no leather)
- Rain Gear (1 set, Warden approved, job required only, see through or clear)
- Coveralls (1 pair, job required only)
- Handkerchiefs (8 total, white only)
- Shoes – 3 pair allowed, to include a maximum of the following:
    o 1 pair brogans / work boots, state-issued, vendor or Canteen purchase, non-steel toe unless purchased through a vendor and approved for job in writing by the Warden.
    o 1 pair tennis shoes, state-issued white only, vendor or Canteen purchase, at least 90% white, colored logos acceptable.
    o 1 pair shower slides or shower slippers, vendor or Canteen purchase.
- Shoe strings (1 extra pair other than those in shoes, white, black or brown only)
- Billfold/wallet (1 - no chains)
- State ID Card (1 state-issued)

### Reading/Writing/Education & Legal Material (No Wire Spiral)

- Books (4 total to include a Bible or equivalent religious study book, educational/dictionary, law book, and/or novel)
- Magazines, periodicals, newspapers (4 publications total, excluding religious, legal or educational publications, any combination of the four types, directly from publisher or distributor)
- Educational Course Study Material (current study or program material only)
- Legal Papers (current case material only, must fit in locker box unless otherwise approved by Warden)
- Personal Paper, Letters (12)
- Pens (3 total, clear barrel, black or blue ink)
- Stamps (40 total)
- Envelopes (50 total, Canteen purchase)
- Stationary Pads (4 total, Canteen purchase)
- Address Book (1 small)
- Calendar (1 pocket size)
- Photographs (20, 4" x 6" maximum size)

Annex A to AR 338 (Page 1 of 3 Pages)

AR 338 – November 22, 2005

# ADOC INMATE PERSONAL PROPERTY – INSTITUTIONS

### Hygiene Items

- Comb/Brush (1 each, no metal) ( 1 comb state issued)
- Disposable Razor (6 total, no straight razors allowed)
- Razor staff (1 state-issued)
- Soap (6 bars including 1 state-issued)
- Soap Tray (1 plastic)
- Towels & Washcloths (2 total of each) ( 1 towel and 1 wash cloth state issued)
- Toothbrush/Toothpaste/Toothpaste Powder (3 total each) ( 1 toothbrush and tube of toothpaste state issued)
- Toothbrush Holder (1 plastic)
- Shower Cap – females only (3)
- Emory Boards – females only (1, Canteen purchase)
- Nail Clipper (1, Canteen purchase)
- Cosmetics – females only (maximum amount set by Warden, available through Canteen purchase)
- Toiletries (available through Canteen)
  - Toilet tissue (3)
  - Deodorants (2)
  - Lotions (2)
  - Body powder (2)
  - Shampoo (2)
  - Conditioner (2)
  - Hair Tonic (alcohol-free) (1)
  - Shaving cream/ powder (1)
  - Polident/ Fixodent (1)
  - Chapstick (1)
  - Shower Caddie (1)
  - Mouthwash (2)
  - Hair spray (pump, alcohol-free) (1)
  - Noxzema (1)
  - Hair Grease (2)
  - Face Cream – female only (1)
  - Perm Relaxer – female only (1)
  - Face tissue – female only (1)
  - Douche – female only (4)
  - Vaseline – female only (1)
  - Tampons / Pads – female only (30)

### Linen

- Sheets (2 state-issued)
- Blanket (1 state-issued, 1 additional may be issued per institution between October 15th and April 15th)
- Pillowcase (1 state-issued)
- Laundry Bag (1 state-issued)

## ADOC INMATE PERSONAL PROPERTY – INSTITUTIONS

### Additional Personal Items, Jewelry, Appliances

- Watch (1 only, $25 value)
- Religious medallion/chain ($25 value, symbol measures a maximum of 1-1/2 inches in diameter, chain purchased from Canteen to replace all existing items item becomes available on Canteen)
- Wedding ring ($50 value)
- Studded earrings – females only ($15 value, 2 sets, no larger than 5mm in diameter)
- Mirror (1 non-glass)
- Sunglasses (1 pair, no mirror lenses, must have medical approval, KOP-Keep on Person)
- Cup (1 non-insulated, maximum 16 ounces, no glass)
- Radio and Headphones (1 set purchased from Canteen)
- Television – death row inmates only (1 – 13 inch, earphone jack equipped)
- Batteries (4 total any size offered through the Canteen, non rechargeable only)
- Combination Lock (1 state issued or Canteen purchase only, key locks per medical approval)
- Cigarettes – except tobacco-free institutions (2 cartons, Canteen purchase only)
- Tobacco – except tobacco-free institutions (2 boxes, Canteen purchase – Example: Tops, Buglar)
- Smokeless Tobacco – except tobacco-free facilities (2 packages chewing tobacco or snuff)
- Book Matches (20 books total)
- Plastic Utensils (1 box through Canteen purchase)
- Food items (Canteen or Sandwich Line)
- Hobby and Art Craft Materials (in areas designated by the Warden)

### Medication

- Per prescription (KOP, Keep on Person)
- Over-the-Counter Medication (Canteen)

Annex A to AR 338 (Page 3 of 3 Pages)

## ADOC INMATE PERSONAL PROPERTY-WORK RELEASE

**Maximum $50 value per item of clothing, total combined clothing replacement costs will not exceed $400.00, and total combined personal property replacement costs will not exceed $540.00**

<u>Clothing and Accessories:</u> The maximum number of items is listed that an inmate may possess at any given time. No item worn by an inmate may include pictures, depictions or writing that is offensive or affiliated with security threat or ethnic groups. All clothing items are to be white in color. No article may be altered from its original manufactured design.

- Work/Dress Clothing (16 items - 8 pants, 8 shirts **or dresses for females**) (Warden may approve additional clothing depending upon job assignment)
- Shoes – 4 pair allowed, to include a maximum of the following:
    - 1 pair brogans / work boots, non-steel toe unless approved for job in writing by the Warden
    - 1 pair tennis shoes
    - 1 pair shower slides or shower slippers
    - 1 pair dress shoes or work shoes
- Shoe Strings (2 extra sets other than those in shoes)-- white, black or brown solid colors only,
- Jacket (2 total)
- Sweater (1)
- Belt (1 - plain brown or black leather or web)
- Cap (1 - baseball style, any color)
- T-shirts (10 total)
- Underwear (males-10, boxers or briefs, white only) (females-10 each, bras & panties, white only)
- Socks (10 pair - colors acceptable)
- Gym shorts (3 pair - any color)
- Slips – females only (3)
- Gown – females only (1)
- Pajamas (3 sets - any color)
- Robe (1)
- Thermal Underwear (2 sets)
- Sweat suits (2 sets - no hood, any color)
- Toboggan (1 - solid color allowable, no ski-mask)
- Gloves (1 pair - any color)
- Rain Gear (1 set - must be approved by the Warden)
- Coveralls (2 pair)
- Handkerchiefs (10 total)

<u>Additional personal items, jewelry, appliances:</u>

- Watch (1 only, $25 value)
- Religious medallion/chain ($25 value, symbol measures a maximum of 1 ½ inches in diameter, chain purchased from Canteen to replace all existing items used as chains as item becomes available on Canteen)
- Wedding Ring ($50 value)
- Studded Earrings – females only ($15 value, 2 sets, no larger than 5mm in diameter)
- Mirror (1 non-glass)
- Sunglasses (1 pair, no mirror lenses, must have medical approval to wear inside, KOP - Keep on Person)
- Cup (1 non insulated, maximum 16 ounces, no glass)
- Radio and Headphones (1 set)
- Cassette/CD Player (1 battery operated, $30 value)
- CD's or Cassettes (10 - $15 value per CD or tape)
- Batteries (4 total, non rechargeable only)
- Alarm Clock (1 non-electric, $5 value)
- Lock (1)

Annex B to AR 338 (Page 1 of 3 Pages)

AR 338 – November 22, 2005

## ADOC INMATE PERSONAL PROPERTY-WORK RELEASE

- Cigarettes (2 cartons total)
- Tobacco (2 boxes total)
- Smokeless Tobacco (2 packages chewing tobacco or snuff)
- Book Matches (20 books total)
- Storage Containers (2 - must be plastic)
- Plastic Utensils (1 box)
- Costume Jewelry – females only (10 items, per Warden)
- Hair Dryer – females only (1)
- Curling Iron – females only (1)
- Perfume – females only (2, alcohol free)
- Handbag – females only (1 – small clear)
- Billfold/wallet (1 only - no chains)
- State ID Card (1 state issued)
- Social Security Card

### Reading/Writing/Education & Legal Material (no wire spiral):

- Books (4 total to include a Bible or equivalent religious study book, educational/dictionary, law book, and/or novel)
- Magazines, periodicals, newspapers (4 publications, excluding religious, legal or educational publications, any combination of the four types, directly from publisher or distributor)
- Educational Course Study Material (current study or program material only)
- Legal Papers (current case material only, must fit in locker box unless otherwise approved by Warden)
- Personal Paper, Letters (12)
- Pens (3 total, clear barrel, black or blue ink)
- Stamps (40 total)
- Envelopes (50 total, Canteen purchase)
- Stationary Pads (4 total, Canteen purchase)
- Address Book (1 small)
- Calendar (1 pocket size)
- Photographs (20 total, 4" x 6" maximum size)

### Hygiene Items:

- Comb/Brush (1 each, no metal)
- Disposable Razor (10 total, no straight razors allowed)
- Razor staff (1 state-issued)
- Soap (6 bars including state-issued)
- Soap Tray (1 plastic)
- Towels & Washcloths (2 each)
- Toothbrush/Toothpaste/Toothpaste Powder (3 total each)
- Toothbrush Holder (1 plastic)
- Shower Cap – females only (3)
- Emory Boards – females only (1, Canteen purchase)
- Nail Clipper (1 total, Canteen purchase)
- Cosmetics – females only (maximum amount set by Warden, available through Canteen purchase)

Annex B to AR 338 (Page 2 of 3 Pages)

AR 338 – November 22, 2005

## ADOC INMATE PERSONAL PROPERTY-WORK RELEASE

- Toiletries (available through Canteen)
    - Toilet tissue (3)
    - Deodorants (2)
    - Lotions (2)
    - Body powder (2)
    - Shampoo (2)
    - Conditioner (2)
    - Hair Tonic (alcohol-free) (1)
    - Shaving cream/ powder (1)
    - Polident/ Fixodent (1)
    - Chapstick (1)
    - Shower Caddie (1)
    - Mouthwash (2)
    - Hair spray (pump, alcohol-free) (1)
    - Noxzema (1)
    - Hair Grease (2)
    - Face Cream – female only (1)
    - Perm Relaxer – female only (1)
    - Face tissue – female only (1)
    - Douche – female only (4)
    - Vaseline – female only (1)
    - Tampons / Pads – female only (30)

**Linen:**

- Sheets (2 state issued, white only)
- Blankets (1 state issued, 1 additional may be issued per facility between October 15th and April 15th)
- Pillowcase (1 state issued, white only)
- Laundry Bag (1 – white only)

**Medication:**

- Per prescription (KOP, Keep on Person)
- Over the counter medication sold on canteen or as approved by Warden (Tylenol, sinus medication, etc.)

**Miscellaneous:**

- Money (Up to $10.00 above last draw)
- Tools necessary for work per Warden
- Food Items (stored in sealed plastic containers, non-perishable items only in original package)

Annex B to AR 338 (Page 3 of 3 Pages)