

**State of Alabama**

# Alabama Department of Corrections

301 S. Ripley Street
P. O. Box 301501
Montgomery, AL 36130

**Bob Riley**
GOVERNOR

**Donal Campbell**
COMMISSIONER

October 18, 2004

ADMINISTRATIVE REGULATION    OPR: OPERATIONS
NUMBER                323

## LAUNDRY SERVICES

I. **GENERAL**

This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes responsibilities, policies, and procedures that ensure all inmates have access to laundry services.

II. **POLICY**

All institutions shall afford inmates access to laundry services for the laundering of their clothing and linens.

III. **DEFINITION(S) AND ACRONYM(S)**

   A. <u>Centralized laundry</u>: Facility providing laundry services for multiple institutions.

   B. <u>Satellite laundry</u>: An area within the institution, other than the centralized laundry, providing laundry services for the institution in which it is located.

IV. **RESPONSIBILITIES**

Wardens are responsible for developing their Standard Operating Procedures (SOPs), as necessary for the implementation of AR 323, Laundry Services.

V. **PROCEDURES**

   A. All inmates have access to laundry services or equipment which shall ensure that they can:

      1. Dress in clean outer clothing at least three times each week.

      2. Dress in clean underwear daily.

      3. Wash or exchange bed linens, towels, and wash clothes weekly.


EXHIBIT E

B. Any institution not having a centralized laundry shall provide a means by which inmates may wash and dry their clothes. The Warden shall promulgate rules to govern orderly use of laundry equipment. Institutions participating in a centralized laundry are prohibited from operating any satellite laundries in other areas of their institution, unless requested by the Warden and approved by the Deputy Commissioner of Operations.

C. Wardens shall establish institutional procedures detailing how laundry is picked up, marked, laundered, and returned to the inmate population.

D. Work release inmates will pay for their laundry to be laundered.

E. All state issued outer clothing shall be marked with appropriate ADOC markings.

F. Wardens shall establish institutional procedures detailing necessary steps to be taken when inmates' clothing and linens are to be stored.

   1. Each year state issued coats shall be collected from the population and stored during the months of April 16th through October 14th.

   2. Each year all state blankets shall be collected from the population and stored during the months of April 16th through October 14th.

G. Clothing should be thoroughly laundered before storage or before reissue.

## VI. DISPOSITION

There are no forms used in this regulation therefore no disposition instructions are needed.

## VII. FORMS

There are no forms prescribed in this regulation.

## VIII. SUPERCEDES

This regulation is a new regulation and does not supercede any other regulation at this time.

## IX. PERFORMANCE

A. Code of Alabama, 1975, Section 14-1-1

B. ACA Standards: 4-4319, 4-4320, and 4-431

_____
Donal Campbell, Commissioner

2 of 2

AR 323 – October 18, 2004