


**BOB RILEY**
GOVERNOR

# State of Alabama
# Alabama Department of Corrections

301 S. Ripley Street
P. O. Box 301501
Montgomery, AL 36130

**DONAL CAMPBELL**
COMMISSIONER

February 7, 2005

ADMINISTRATIVE REGULATION           OPR: LEGAL
NUMBER       412

## INSTITUTIONAL LAW LIBRARIES

**I.   GENERAL**

This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes responsibilities, policies, and procedures for institutional law libraries.

**II.  POLICY**

It is the policy of the ADOC to provide legal resource libraries and to permit all inmates access to the materials available.

**III. DEFINITION(S) AND ACRONYM(S)**

<u>CD</u>: Compact Disk

**IV.  RESPONSIBILITIES**

Wardens/designees are responsible for the operation and maintenance of institutional law libraries.

**V.   PROCEDURES**

    A.    Destruction of or damage to law library books, CDs or materials.

        1.    Any general population inmate who has been found guilty of violating Administrative Regulation 403, Disciplinary Hearing Procedures for Major Rule Violations, Rule #69 (destruction or damaging state Property) that involves the destruction or damaging of law library books, CDs or other materials, may be denied physical access to the law library for up to 30 days. During the time that physical access to the law library is denied, the inmate will be permitted to request and receive the same law library privileges as are afforded inmates confined to segregation.



EXHIBIT F

    2. If an inmate confined to segregation fails or refuses to return checked-out Law library books or materials upon demand, correctional staff may enter that inmate's cell in order to retrieve the law library books or material.

    3. The institutional law library supervisor will document each incident of theft, damage, destruction or refusals to return law library books or materials.

B. Missing books, pages, materials.

In the event that an inmate discovers that a book(s), or page(s) of a book, or other materials, are missing from the law library that are necessary to the inmate's legal research, the inmate should report this to the institutional law library supervisor by submitting Form N944L i, "Access to Legal Material".

## VI. DISPOSITION

Any documents will be retained or disposed of according to the Departmental Records Disposition Authority (RDA).

## VII. FORMS

Form N944L i – Access to Legal Material (Refer to AR 214)

## VIII. SUPERCEDES

This Administrative Regulation supercedes AR 412 dated August 18, 1992.

## IX. PERFORMANCE

A. Administrative Regulation 214. "Law Library Supervisors"

B. Administrative Regulation 403, "Disciplinary Hearing Procedures for Major Rule Violations."

*Donal Campbell*, Commissioner