

STATE OF ALABAMA

**DEPARTMENT OF CORRECTIONS**

**Don Siegelman**
GOVERNOR

Research, Monitoring, & Evaluation
Post Office Box 301501
Montgomery, Alabama 36130-1501

**Michael W. Haley**
COMMISSIONER

April 17, 2001

**ADMINISTRATIVE REGULATION**
NUMBER                     442

**OPR:  TREATMENT**

**MENTAL HEALTH SERVICES**

**I.      GENERAL**

The purpose of this regulation is to establish policies and procedures for inmates requiring mental health services while incarcerated.

**II.     PURPOSE**

1.      To provide clinically effective mental health services, while fostering an environment of trust and cooperation.

2.      To ensure a continuity of care and consistency in the frequency of care.

3.      To delineate mental health services, so staff can competently perform job assignments.

4.      To facilitate the coordination of efforts of ADOC psychological services staff with the contractor's mental health staff in the provision of mental health care.

5.      To permit an on-going system-wide analysis of inmate mental health needs.

**III.    RESPONSIBILITY**

The final authority for ADOC mental health decisions will be the ADOC Director of Treatment. The decisions will be based on ADOC policy and procedure as well as community standards of mental health services.  The Director of Treatment will work cooperatively with institutional administrative staff to ensure mutual expectations are understood and conflicts in implementation are minimized.

EXHIBIT
G

## IV.    POLICY

1. Clinical decisions and actions regarding the mental health treatment provided to inmates are based on the philosophy that medical and mental health decisions should be made for medical and mental health reasons by qualified medical and mental health professionals.

2. Fundamental to appreciating the needs of a correctional mental health service is an understanding and awareness of the legal context of such services. Three basic rights have emerged concerning the provisions of mental health care: 1) the right to access care, 2) the right that is ordered, and 3) the right to a professional medical judgment.

3. Communication and coordination of therapeutic efforts help form a solid foundation for quality mental health services within the correctional setting. ADOC psychological services staff and contracted mental health care providers will ensure the coordination of services. In addition, when an inmate is admitted or released from the system, ADOC staff will attempt to achieve the communication with community providers to facilitate continuity of care.

## V.    PROCEDURES:

1. Mental Health Services Policies and Procedures apply to all institutions. If an institution is unable to implement a specific procedure, the Director of Treatment will be advised in writing of the need for variance. The Director will provide written approval or denial of the variance for inclusion in the institution's policy manual.

2. The following policies and procedures are subsumed under the authority of the Regulation, and provide the framework for ADOC mental health services:

| | |
|---|---|
| 443 | Autonomy in Mental Health Decision |
| 444 | Confidentiality of Mental Health Services and Mental Health Documentation |
| 445 | Mental Health Staff Participation in Forensic Evaluations |
| 446 | Mental Health Quality Improvement Program |
| 447 | Mental Health Staff Orientation |
| 448 | Staff Training in Mental Health |
| 449 | Referral for Mental Health Screening |
| 450 | Reception Mental Health Screening |
| 451 | Inmate Orientation to Mental Health Services |
| 452 | Reception Mental Health Evaluations |
| 453 | Coding and Tracking Inmates with Serious Mental Illness |
| 454 | Intra-System Transfers: Mental Health Screenings |
| 455 | Psychiatric Evaluation |
| 456 | Psychotropic Medication |
| 457 | Psychotropic Medication Administration |
| 458 | Psychotropic Medication Monitoring |
| 459 | Psychotropic Medication and Heat |

AR 442 – April 12, 2001

460   Emergency Forced Psychotropic Medication
461   Administrative Review for Involuntary Psychotropic Medication
462   Treatment Planning
463   Outpatient Mental Health Services
464   Mental Health Segregation Rounds
465   Mental Health Evaluation of Inmates on Segregation Status
466   Mental Health Consultation to Disciplinary Process
467   Outpatient Crisis Intervention Services
468   Discharge Planning when Inmate Released from ADOC
469   Suicide Prevention Program
470   Mental Health Watch Procedures: Therapeutic Seclusion
471   Use of Physical Restraints for Mental Health Purposes
472   Intensive Psychiatric Stabilization Units: Program Manual
473   Residential Treatment Units: Program Manual
474   Transfer to State-Operated Psychiatric Hospital
475   Mental Health Documentation Format and Charting Guidelines
476   Mental Health Services: Monthly Reporting

## VI.    REFERENCES

Estelle v. Gamble (1976)
Bowling v Godwin (1977)
Ruiz v. Estelle (1980)
Washington v. Harper (1989)
Langley v. Coughlin (1989)
Farmer v. Brennan (1994)
Madrid v. Gomez (1995)
Correctional Medical Health Care: Standards and Guidelines for Delivering Services (1999) In *National Commission of Correctional Health Care: Standards for Health Services.*

Michael W. Haley, Commissioner

AR 442 – April 12, 2001