IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES MCDONALD, #236254 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:06-CV-284-MHT |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' SUPPLEMENT TO
RESPONSE TO COURT'S AUGUST 14, 2006 ORDER**

**COME NOW**, the Defendants, **Richard Allen and Bob Riley,** by and through Attorney General Troy King, via undersigned counsel, and supplement their Response to the Court's Order of August 14, 2006, filed on August 23, 2006, to add the following Exhibit:

H.    Facsimile received August 24, 2006, from Easterling Correctional Facility concerning water testing.

Respectfully Submitted,

Troy King (KIN047)
Attorney General


s/ *J. Matt Bledsoe*
J. Matt Bledsoe (BLE006)
Assistant Attorney General

ADDRESS OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 342-7443
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 24th day of August, 2006, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James McDonald, #236354
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

                    s/*J. Matt Bledsoe*
                    J. Matt Bledsoe (BLE 006)
                    Assistant Attorney General