


# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS

EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
Clio, Alabama 36017-2615
334-397-4471

**Bob Riley**
Governor

**Richard F. Allen**
Commissioner

FAX



# MEMORANDUM

TO: Matt Bledsoe

FROM: Linda Teal

DATE: 8-24-06

REF: James McDonald 236354    CV 06-284

PAGES: 4    (Including Cover)

COMMENTS: Exb. #1 (1page) Exb. #2 (2 pages)

** Could you please fax me a copy of the affidavit Warden Mosley signed in Montgomery. Thanks, Teal

CONFIDENTIAL WARNING: This document is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.



EXHIBIT H

EXHIBIT #1

Jack Pelfrey
Mayor

Judy Riley
Mayor Pro-Tem

Vivian Hagler
City Clerk



*City of Clio*

3311 Elamville Street
Post Office Box 219
Clio, Alabama 36017
(334) 397-2723

Council Members:

Beverly Clark
Stephanie Sapp
Kenneth Johnson
Matthew White

August 25, 2005

Easterling Correctional Facility
Lieutenant Willie Bryant
200 Wallace Drive
Clio, Alabama 36017

**RE: Alabama Department of Environmental Management Mandated Water Testing**

Dear Lieutenant Bryant,

The City of Clio provides water to 934 households and Easterling Correctional Facility, serving a population of approximately 5,000 people.

Water testing requirements from the Alabama Department of Environmental Management (ADEM) and the Environmental Protection Agency (EPA) are strictly adhered to.

We have had no complaints of skin rashes or other health related problems related to water consumption. Therefore, we have no reason to suspect the water supply to be the culprit of rashes.

Please find attached copies of *Water Quality Reports* (for both 2003 & 2004) that are published by our office annually. These reports meet stringent guidelines set forth by ADEM and EPA.

If we may be of further service to you please call this office between the hours of 8:00 AM and 4:00 PM, Monday thru Friday.

Sincerely,

Vivian Hagler
City Clerk

JUN 2 7 2006

# Table of Primary Contaminants

At high levels some primary contaminants are known to pose a health risks to humans. This table provides a quick glance of any primary contaminant detections.

| CONTAMINANT | MCL | RANGE DETECTED | CONTAMINANT | MCL | RANGE DETECTED |
|---|---|---|---|---|---|
| **Bacteriological** | | | Endothall | 100 | ND |
| Total Coliform Bacteria | < 5% | 0 | Endrin | 2 | ND |
| Turbidity | TT | 0.31 1.05 | Epichlorohydrin | TT | ND |
| **Radiological** | | | Glyphosate | 700 | ND |
| Beta/photon emitters (mrem/yr) | 4 | ND | Heptachlor | 400 | ND |
| Alpha emitters (pci/l) | 15 | 4.12+.57  42+/2 | Heptachlor epoxide | 200 | ND |
| Radium 228 | 5 | 0.0/-0.4  1.5+/-0.6 | Hexachlorobenzene | 1 | ND |
| Uranium | 30 | ND | Lindane | 200 | ND |
| **Inorganic** | | | Methoxychlor | 40 | ND |
| Antimony (ppb) | 6 | ND | Oxamyl (Vydate) | 200 | ND |
| Arsenic (ppb) | 10 | ND | PCBs | 500 | ND |
| Asbestos (MFL) | 7 | ND | Pentachlorophenol | 1 | ND |
| Barium (ppm) | 2 | ND | Picloram | 500 | ND |
| Beryllium (ppb) | 4 | ND | Simazine | 4 | ND |
| Cadmium (ppb) | 5 | ND | Toxaphene | 3 | ND |
| Chromium (ppb) | 100 | ND | Benzene | 5 | ND |
| Copper (ppm) | AL=1.3 | ND | Carbon Tetrachloride | 5 | ND |
| Cyanide (ppb) | 200 | ND | Chlorobenzene | 100 | ND |
| Fluoride (ppm) | 4 | 0.71  1.07 | Dibromochloropropane | 200 | ND |
| Lead (ppb) | AL=15 | ND | o-Dichlorobenzene | 600 | ND |
| Mercury (ppb) | 2 | ND | p-Dichlorobenzene | 75 | ND |
| Nitrate (ppm) | 10 | 0.19  0.020 | 1,2-Dichloroethane | 5 | ND |
| Nitrite (ppm) | 1 | ND | 1,1-Dichloroethylene | 7 | ND |
| Selenium | 50 | ND | Cis-1,2-Dichloroethylene | 70 | ND |
| Thallium | 2 | ND | trans-1,2-Dichloroethylene | 100 | ND |
| **Organic Chemicals** | | | Dichloromethane | 5 | ND |
| 2,4-D | 70 | ND | 1,2-Dichloropropane | 5 | ND |
| 2,4,5-TP (Silvex) | 50 | ND | Ethylbenzene | 700 | ND |
| Acrylamide | TT | ND | Ethylene dibromide | 50 | ND |
| Alachlor | 2 | ND | Styrene | 100 | ND |
| Atrazine | 3 | ND | Tetrachloroethylene | 5 | ND |

| Contaminant | MCL | Result | Contaminant | MCL | Result |
|---|---|---|---|---|---|
| Benzo(a)pyrene[PHAs] | 200 | ND | 1,2,4-Trichlorobenzene | 70 | ND |
| Carbofuran | 40 | ND | 1,1,1-Trichloroethane | 200 | ND |
| Chlordane | 2 | ND | 1,1,2-Trichloroethane | 5 | ND |
| Dalapon | 200 | ND | Trichloroethylene | 5 | ND |
| Di-(2-ethylhexyl)adipate | 400 | ND | TTHM | 80 | ND |
| Di(2-ethylhexyl)phthlates | 6 | ND | Toluene | 1 | ND |
| Dinoseb | 7 | ND | Vinyl Chloride | 2 | ND |
| Diquat | 20 | ND | Xylenes | 10 | ND |
| Dioxin[2,3,7,8-TCDD] | 30 | ND | TOC | TT | ND |
| Chloримines (MRDLG) | 4 | ND | Chlorine (MRDLG) | 4 | ND |
| Chlorite | 1 | ND | Bromate | 10 | ND |
| Chlorine Dioxide (MRDLG) | 800 | ND | HAA5's | 60 | ND |

### TABLE OF DETECTED CONTAMINANTS

| Contaminant | Violation Y/N | Range Detected | Unit Measurement | MCLG | MCL | Likely Source of Contamination |
|---|---|---|---|---|---|---|
| Turbidity 04 Test Results | NO | 0.31-1.05 | | n/a | TT | Soil runoff |
| Alpha emitters Results 05 | NO | 4.12+57.42+/-2 | pCi/l | 0 | 15 | Erosion of natural deposits |
| Combined radium (2005) | NO | 0.0/-0.41.5+/-0.6 | pCi/l | 0 | 5 | Erosion of natural deposits |
| Fluoride 2004 Test Results | NO | 0.71  1.07 | ppm | 4 | 4 | Erosion of natural deposits, water additive which promotes strong teeth, discharge from fertilizer and aluminum factories |
| Nitrate (as Nitrogen) (Test results 2005) | NO | 0.19  0.020 | ppm | 10 | 10 | Runoff from fertilizer use, leaching from septic tanks, sewage; erosion of natural deposits |

### TABLE OF DETECTED SECONDARY CONTAMINANTS (TEST RESULTS 2004)

| Contaminant | MCL | Range of Detects | Contaminant | MCL | Range of Detects |
|---|---|---|---|---|---|
| Aluminum | 0.2 | 0.067-0.204 | Manganese | 0.05 | ND-0.012 |
| Chloride | 250 | 13.0-16.4 | Zinc | 5 | ND-0.061 |
| Color | 15 | 5-10 | Lead | 0.015 | ND-0.044 |
| Copper | 1 | ND-0.054 | Sulfate | 250 | 97.5-129 |
| Iron | 0.3 | ND-0.359 | Total Dissolved Solids | 500 | 168-248 |

### TABLE OF SPECIAL CONTAMINANTS (TEST RESULTS 2004)

| Contaminant | Range of Detects | Contaminant | Range of Detects | Contaminant | Range of Detects | Contaminant | Range of Detects |
|---|---|---|---|---|---|---|---|
| Calcium | 1.6-2.84 | Hardness CaCo3 | 3.01-7.80 | Alkalinity | 163-236 | Specific Conductance | 436-501 |
| Sodium | 97.5-129 | Langelier Index | -0.38 +0.95 | PH | 8.75-9.769.0 | | |

In addition to the primary drinking water contaminants, the utility monitors regularly for the following unregulated and secondary contaminants as regulated by the Alabama Department of Environmental Management. Unregulated contaminants are those for which EPA has not established drinking water standards. The purpose of unregulated contaminant monitoring is to assist EPA in determining the occurrence of unregulated contaminants in drinking water and whether future regulation is warranted.

### TABLE OF UNREGULATED DETECTED CONTAMINANTS

| CONTAMINANT | RANGE OF DETECTS | CONTAMINANT | RANGE OF DETECTS |
|---|---|---|---|
| Bromodichloromethane | 1.60 | Dibromochloromethane | 2.45 |
| Chloroform | 1.26 | Bromoform | 1.35 |