IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES MCDONALD, #236 354                *

      Plaintiff,                            *

      v.                                    *        2:06-CV-284-MHT

RICHARD ALLEN, *et al.*,                 *

      Defendants.                           *

_____

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion for Extension of Time to respond to Defendants' answer and written report, and in light of the court's August 14, 2006 order directing Defendants to file a supplemental written report and granting Plaintiff additional time to respond to the written report, as supplemented (*see* Doc. No. 32), it is

ORDERED that Plaintiff's motion (Doc. No. 31) be and is hereby DENIED as moot.

Done this 30th day of August, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE