IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA NORTHERN DIVISION

JAMES P. McDONALD  \*
PLAINTIFF - Pro se  \*
VS.  \*   CASE NO. 2:06-CV-284-MHT
  \*
RICHARD ALLEN, et al.,  \*
DEFENDANTS  \*

MOTION AND REQUEST FOR EXTENSION OF TIME
TO ANSWER DEFENDANTS SPECIAL
REPORT.

Comes now, the Plaintiff, James P. McDonald, in propria persona, and does hereby respectfully request this honorable court and Judge to grant an extension of time to answer the Defendants special Report, due to be filed by the Plaintiff on Sept. 12th, 2006.

The Plaintiff has in the past and still continues to have difficulty obtaining use of the Law Library, and services for the production of Materials (copies, carbon paper, etc.) in order to make Copies for the Defendants and this court. Plaintiff respectfully petitions this court for an additional 14 days in extension to answer and complete the work at hand.

Respectfully Submitted
James P. McDonald
JAMES P. McDonald.

# Certificate of Service

I, James P. McDonald, do hereby certify that I have under penalty of Perjury, pursuant to 28 U.S.C § 1746, mailed a copy of this motion to the Courts Clerk and to the Defendants Attorneys. United States postage PRE-PAID And placed such copies in the Easterling Correctional Center's Population Post Office Box.

Done this 8th day of September, 2006

*James P. McDonald*
JAMES P. MCDONALD, PRO-SE  #236354
Easterling Correctional Center
200 Wallace Dr
Clio, Alabama   36017-2613

Copy: United States District Court Clerk
P.O. Box 711
Montgomery, Alabama
36104-0711

Copy: Office of the Attorney General
TROY KING ; ATTORNEY GENERAL
11 South Union St.
36130-0512
(DEFENDANTS ATTORNEYS)