IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES MCDONALD, #236 354 | * |
| Plaintiff, | * |
| v. | *    2:06-CV-284-MHT |
| RICHARD ALLEN, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's motion (Doc. No. 36) is GRANTED; and

2. Plaintiff is GRANTED an extension from September 12, 2006 to September 26, 2006 to file his opposition to Defendants' written reports.

Done this 14th day of September, 2006.


                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE