IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

James McDonald
Plaintiff, Pro Se,
vs.
Richard Allen, Bob Riley,
Sidney Williams, et. al.,
Defendants.

CASE NO. 2:06-CV-284-MHT

MEMORANDUM SUPPORTING
WITNESSES TO WITNESS THIS
42 U.S.C SEC. 1983 COMPLAINT

James McDonald, the above Plaintiff supporting this Memorandum of Witnesses to Witness the complaint under Penalty of Perjury that the foregoing is true and correct. 28 U.S.C SEC. 1746 provides that in all Federal Court Proceedings written Declarations made under Penalty of Perjury are permissible in lieu of notarized Affidavits, Carter vs. Clark, 616 F2d 228 (5th Cir. 1980).

Plaintiff James McDonald states that Easterling Correctional Facility is hazardous and dangerous to Plaintiffs and Witnesses well being (Health and Safety)

(1.)

All witnesses who signed this complaint states the following: EASTERLING Corr. Fac. has STAPH, (TB), scabies, lice, Hepatitus (B) and (C) diseases that is really unknown to the plaintiff and witnesses. THE STAPH DISEASE IS AT EPIDEMIC porportions in this enviroment and THE WHOLE Inmate population has had to be vaccinated for Hepatitus (B) unknowing to its presence in and around this enviroment. Men have sores and Boils too numerous for the occasional SPIDER Bites that we are told is the problem, Sever to Chronic Infection for long durations from this plague continues with total disregard to Health and safety. This facility is dangerously understaffed both with correction officers and Medical staff with about 1/4th of the minimum required legal standard. We will witness that this water system is contaminated, the evidence reflects that the water supplied to Easterling Corr. Fac. is being supplied by a ground well and elevated storage tank located on state property within 200 yards of Easterling Corr. Fac. 200 Wallace Drive Clio, Alabama 36017. The Drinking water at Easterling is not being tested by the Enviromental Management Agency, the water has a foul odor and taste, and is very oily.

(2.)

The Doctor attributes to this numerous developments of skin rashes and sores, boils, and is believed to be developed from this water condition compounded by "Defendants overcrowding" which is the source of all disease here at (ECF) thats epidemic. The kitchen workers and institutional barbers are not being properly screened for these diseases before being put to work inside the institution therefore Plaintiff's is being deprived of his constitutional right to health and safety, and being denied his equal protection of the law under the United States and State of Alabama Constitutional Right, to his 1st, 5th, 8th, 9th, 10th, 13th, 14th Amendment due process of law. Plaintiff has a right not to be expose to dangerous diseases and violent atmospheres understaffed thats life threatening of epidemics and violent inmates who rape, assault and have their way in this enviroment. The Plaintiff is suffering under the (8th) Amendment to the Constitution which prohibits "Cruel and unusual punishment," A safe and healthy living enviroment under these conditions is impossible, therefore Easterling Corr. Fac. via "Defendants overcrowding" is denying the Plaintiffs Constitutional Rights

(3.)

WITNESSES HEREBY declare under penalty of perjury pursuant to 28 U.S.C § 1746 that this Memorandum of Witness has been Mailed United States Postal Pre Paid Easterling Post Office to Clerk of the U.S. Court and The Defendants Attorneys, Done this __21__ day of _September_ 2006

Executed on __21__ day of _September_ 2006

Signed _James McDonald_
Plaintiff   Pro Se
200 Wallace Drive
Clio, Alabama 36017

C.C. States Attorneys
Troy King
   Office of Attorney General
11 S. Union Street
Montgomery, AL.
   36130

United States
District Court
   Clerk
P.O. Box 711
Montgomery AL.
36101-0711

4.

The Plaintiff is suffering under the (8th) amendment to the constitution, which prohibits "cruel and unusual punishment", "a safe condition at Easterling Correctional Facility is denied". Plaintiff's eighth amendment ban on "cruel and unusual punishment" deliberate in difference and callus indifference or reckless disregard for Plaintiff's safety and this conduct violates Plaintiff's rights.

Signature of all witnesses infra:

Gregory R Moberg #109842
ECF
200 Wallace Dr
Clio AL 36017

Fredrick Gooden #122156
ECF
200 Wallace Dr.
Clio, Ala 36017

HERMAN KELLY #144483
ECF
200 Wallace DR
Clio, AL 36017

Lawrence Jones 182401
ECF
200 Wallace DR
Clio, Al 36017

Andrew Beaver #205387
ECF
200 Wallace Drive
Clio, Al 36017

Willie J. White #221023
E.C.F.
200 Wallace Dr.
Clio, Ala. 36017

Clarence Fowler #220106
ECF
200 Wallace Drive
Clio, Al 36017

Wadderio Echols 174847
E.C.F.
200 Wallace Dr
Clio, Ala. 36017

Redius Worthey
200 Wallace Dr.
Clio Al 36017 (231551)

(4)

NAME Guy Drayton #140825
ADDRESS 9A-59 200 Wallace Drive
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME Samuel Johnson
ADDRESS 7-B-29 200 Wallace Dr
CITY Clio STATE Ala
ZIP CODE 36017 PHONE _____

NAME Johnny h Adams 148241
ADDRESS 8A-010 200 wallace Dr.
CITY Clio STATE Al.
ZIP CODE 36017 PHONE _____

NAME Timothy Williams
ADDRESS 8A-109 200 Wallace Dr.
CITY Clio STATE Ala
ZIP CODE 36017 PHONE _____

NAME Kenneth Johnson #156241
ADDRESS 200 Wallace Dr.
CITY Clio STATE Al.
ZIP CODE 36017 PHONE _____

NAME Mike Cardarelli
ADDRESS 8B-84 200 Wallace Dr
CITY Clio STATE Al
ZIP CODE 36017 PHONE _____

NAME Gregory Rosser
ADDRESS ECF-7-B-83 200 Wallace Dr.
CITY Clio STATE Al
ZIP CODE 36017 PHONE _____

NAME Hoyt G Cline
ADDRESS 7-A-129 200 Wallace
CITY Clio STATE Al
ZIP CODE 36017 PHONE _____

NAME Calvin Brooks #137185
ADDRESS 200 Wallace Dr.
CITY Clio STATE Al.
ZIP CODE 36017 PHONE _____

NAME Herbert B. Green 171608
ADDRESS 9A-35 200 Wallace Drive
CITY Clio STATE Al
ZIP CODE 36017 PHONE _____

NAME Tommie Lee Bell
ADDRESS 200 Wallace Dr.
CITY Clio STATE Al.
ZIP CODE 36017 PHONE _____

NAME Mark Atkinson
ADDRESS 200 Wallace Dr
CITY Clio STATE Al
ZIP CODE 36017 PHONE _____

NAME Horace Burnett
ADDRESS 200 Wallace Dr.
CITY Clio STATE AL
ZIP CODE 36017 PHONE N/A

NAME Antony Kirksey
ADDRESS #1 200 Wallace 7A-131
CITY Clio STATE Al
ZIP CODE 36017 PHONE _____

(5)

NAME: Robin Robinson 133397
ADDRESS: 200 Wallace Dr.
CITY: Clio, AL    STATE: A/a
ZIP CODE: 36017    PHONE: 

NAME: Malcolm White 223715
ADDRESS: 200 Wallace Dr
CITY: Clio    STATE: Al
ZIP CODE: 36017    PHONE: 

NAME: John Southard #119816
ADDRESS: 200 Wallace Dr.
CITY: Clio    STATE: AL
ZIP CODE: 36017    PHONE: 

NAME: Demetrius Minniefield 214412
ADDRESS: 200 Wallace Drive
CITY: Clio    STATE: AL
ZIP CODE: 36017    PHONE: N-A

NAME: Robert Watts #118180
ADDRESS: E.C.F. 200 Wallace Dr
CITY: Clio    STATE: ALA
ZIP CODE: 36017-2615    PHONE: 

NAME: 
ADDRESS: 
CITY:    STATE: 
ZIP CODE:    PHONE: 

NAME: Alvin K. Matthews
ADDRESS: 200 Wallace Drive
CITY: Clio    STATE: AL
ZIP CODE: 36017    PHONE: 

NAME: Richard Dunning
ADDRESS: 200 Wallace Dr
CITY: Clio    STATE: AL
ZIP CODE: 36017    PHONE: N/A

NAME: Raymond Thibault 173979
ADDRESS: 200 Wallace Drive
CITY: Clio    STATE: Al
ZIP CODE: 36017    PHONE: 

NAME: James Adams 108239
ADDRESS: 
CITY:    STATE: 
ZIP CODE:    PHONE: 

NAME: Larry Dover 217258
ADDRESS: 200 Wallace Drive
CITY: Clio    STATE: AL
ZIP CODE: 36017    PHONE: 

NAME: Lawrence Chatman 175921
ADDRESS: E.C.F. 200 Wallace Drive
CITY: Clio    STATE: AL
ZIP CODE: 36017    PHONE: 

NAME: Leroy Wright 107849
ADDRESS: 200 Wallace Dr
CITY: Clio    STATE: Alabama
ZIP CODE: 36017    PHONE: 

NAME: Donald Guthrie
ADDRESS: E.C.F. 200 Wallace Drive
CITY: Clio    STATE: AL
ZIP CODE: 36017    PHONE: 

(6)

NAME Christopher Bragg
ADDRESS 200 Wallace Drive
CITY Clio   STATE AL
ZIP CODE 36017   PHONE ____

NAME Julius H. Holtzclaw #128149
ADDRESS 200 Wallace Dr.
CITY Clio   STATE Ala
ZIP CODE 36017   PHONE ____

NAME Rodney Johnson #143497
ADDRESS 200 Wallace Dr.
CITY Clio   STATE Ala
ZIP CODE 36017   PHONE ____

NAME Steve Franklin 201693
ADDRESS 200 Wallace Dr.
CITY Clio   STATE Ala
ZIP CODE 36017   PHONE N/A

NAME JEFFREY OWENS 194322
ADDRESS 200 Wallace DR
CITY CLIO   STATE ALA
ZIP CODE 36017   PHONE ____

NAME Darnell Williams 197108
ADDRESS 200 Wallace Dr.
CITY Clio   STATE AL
ZIP CODE 36017   PHONE ____

NAME Nedrick Boyd 149576
ADDRESS 200 Wallace Dr.
CITY Clio   STATE AL
ZIP CODE 36017   PHONE ____

NAME Robert Louis King II #149514-7-A-44
ADDRESS E.C.F. 200 Wallace Dr.
CITY Clio   STATE AL.
ZIP CODE 36017   PHONE N/A

NAME Gary Tipton
ADDRESS E.C.F. 200 Wallace Dr
CITY Clio   STATE AL
ZIP CODE 36017   PHONE ____

NAME McCall, Jermaine 208114
ADDRESS 200 Wallace Dr 7-A-38
CITY Clio   STATE A
ZIP CODE 36014   PHONE N/A

NAME William H. Jones #158027
ADDRESS 200 Wallace Drive (7A-102)
CITY Clio   STATE AL
ZIP CODE 36017   PHONE N/A

NAME James Bigham #141661
ADDRESS 200 Wallace Dr. (7A-31)
CITY Clio   STATE AL
ZIP CODE 36017   PHONE ____

NAME Robert Wigham 144210
ADDRESS ____
CITY ____   STATE ____
ZIP CODE ____   PHONE ____

NAME Maxwell Reeder #149293
ADDRESS E.C.F. 7-A-69 200 Wallace Dr.
CITY Clio   STATE Ala
ZIP CODE 36017   PHONE ____

(7)

NAME William Coleman #146567
ADDRESS 200 Wallace Dr
CITY Clio  STATE NA
ZIP CODE 36017  PHONE

NAME GARY B Eller #24066
ADDRESS 200 Wallace DR
CITY Clio  STATE AL
ZIP CODE 36017  PHONE

NAME William Fountain 238273
ADDRESS 200 Wallace Dr
CITY CLIO  STATE AL
ZIP CODE 36017  PHONE

NAME Jerry Perry #129381
ADDRESS 200 Wallace Dr
CITY Clio  STATE ALA
ZIP CODE 36017  PHONE

NAME Steve Patterson 203855
ADDRESS 200 Wallace Drive
CITY Clio  STATE Al
ZIP CODE 36017  PHONE

NAME Billy Stewart 223154
ADDRESS 200 Wallace dr
CITY Clio  STATE AL
ZIP CODE 36017  PHONE

NAME Johnnie E. Watts-GC
ADDRESS 200 Wallace Dr.
CITY Clio  STATE Ala
ZIP CODE 36017  PHONE

NAME Ray Hattley 133711
ADDRESS 200 Wallace Dr
CITY Clio  STATE AL
ZIP CODE  PHONE

NAME Curtis McCall
ADDRESS 200 Wallace Dr
CITY Clio  STATE AL
ZIP CODE 36017  PHONE

NAME John Darrington 165424
ADDRESS
CITY  STATE
ZIP CODE  PHONE

NAME Lebron J. Sprayberry 229978
ADDRESS 200 Wallace Dr
CITY Clio  STATE 36017 26/1
ZIP CODE N/A  PHONE

NAME Carl Horn
ADDRESS 200 Wallace DR.
CITY Clio  STATE AL
ZIP CODE 36017  PHONE

NAME Arnold Avans 209331
ADDRESS 208 Wallace Dr
CITY Clio  STATE Alla
ZIP CODE 36017  PHONE

NAME Corbit Stallings
ADDRESS Easterling Correction Facility
CITY 200 Wallace Drive  STATE AL
ZIP CODE 36017  PHONE

(8)

NAME William Quinn
ADDRESS 200 Wallace DR
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME Warren L. Pearson #239668
ADDRESS 200 Wallace Dr.
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME Stephen Lewis #200885
ADDRESS 200 Wallace Drive
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME Vincent Perrich Jr. #203765
ADDRESS 200 Wallace Drive
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME Burnidean Senisey 221264
ADDRESS 200 Wallace Drive
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME Tyrone Bolett #230312
ADDRESS 200 Wallace Dr
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME Leotis Reese #180509
ADDRESS 200 Wallace Dr.
CITY Clio   STATE AL
ZIP CODE 36017   PHONE N/A

NAME Elisha Outsey
ADDRESS 200 Wallace Drive
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME Cecil McBride
ADDRESS 200 Wallace Drive
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME Leonard Davis
ADDRESS 200 Wallace DR
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME Jerry Crowden
ADDRESS 200 Wallace Dr.
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME James Borras 1'148832
ADDRESS 200 Wallace Drive
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME Willie Thompson, Sr.
ADDRESS E.C.F. 200 Wallace Dr.
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

NAME Barry Jee Burnett #168832
ADDRESS E.C.F. 200 Wallace Dr.
CITY Clio   STATE AL
ZIP CODE 36017   PHONE _____

(9)

NAME Sonny James Russell #107992
ADDRESS 200 Wallace Dr.
CITY Clio          STATE Ala
ZIP CODE 36017 PHONE X

NAME Juan Laguna #239193
ADDRESS Easterling Corr facility 200 Wallace Dr
CITY Clio          STATE AL
ZIP CODE 36017 PHONE X

NAME Timothy Macon - 136256
ADDRESS 200 Wallace Drive
CITY Clio          STATE Ala
ZIP CODE 36017 PHONE X

NAME Mikao White 111648
ADDRESS 200 Wallace Dr
CITY Clio          STATE AL
ZIP CODE 36017 PHONE

NAME Johnny Patterson
ADDRESS 290 Wallace Dr.
CITY Clio          STATE Ala.
ZIP CODE 36017 PHONE

NAME Amir Georgia 218303
ADDRESS 200 Wallace Drive
CITY Clio          STATE Ala
ZIP CODE 36017 PHONE

NAME James Adams 108239
ADDRESS 200 Wallace Dr.
CITY Clio          STATE Ala
ZIP CODE 36017 PHONE

NAME Charles King
ADDRESS 200 Wallace Dr
CITY Clio          STATE AL
ZIP CODE 36089 PHONE

NAME David McLaughlin 234366
ADDRESS 200 Wallace Dr
CITY Clio          STATE Ala
ZIP CODE 36017 PHONE

NAME Bobby Hall
ADDRESS 200 Wallace Dr.
CITY Clio          STATE Ala
ZIP CODE 36017 PHONE X

NAME Terry Joe Presley #197489
ADDRESS Easterling Corr Facility 200 Wallace Dr. #A88
CITY Clio          STATE Al
ZIP CODE 36017-2615 PHONE

NAME Marcus Smith
ADDRESS 200 Wallace
CITY Clio          STATE AL
ZIP CODE 36017 PHONE X

NAME Caleb M. Withrow - 215337 9-A/90
ADDRESS Easterling Corr Fac. 200 Wallace Dr.
CITY Clio          STATE Al.
ZIP CODE 36017 PHONE

NAME Anthony J. Brown
ADDRESS 200 Wallace Dr.
CITY Clio          STATE Al
ZIP CODE 36017 PHONE X

(10)

NAME Cecile L. Lynel #166301
ADDRESS 200 Wallace Dr. 8B-010
CITY Clio  STATE AL
ZIP CODE 36017-2613  PHONE

NAME Richard K Pitts 233820 8B-34
ADDRESS 200 Wallace Dr
CITY Clio  STATE AL
ZIP CODE 36017  PHONE

NAME Donald W. Young #157063
ADDRESS 200 Wallace Drive
CITY Clio  STATE Alabama
ZIP CODE 36017  PHONE

NAME Roosevelt Hallom
ADDRESS 200 Wallace Drive
CITY Clio  STATE AL
ZIP CODE 36017  PHONE

NAME Ronnie Parker #162167
ADDRESS 200 Wallace Dr 8B-36
CITY Clio  STATE Ala
ZIP CODE 36017  PHONE

NAME ~~[scribbled out]~~
ADDRESS ~~[scribbled out]~~
CITY Clio  STATE AL
ZIP CODE 36017  PHONE

NAME Perry Watts #181247
ADDRESS 200 Wallace Dr.
CITY Clio  STATE Al
ZIP CODE 36017  PHONE

NAME Greg Woodson
ADDRESS 200 Wallace
CITY Clio  STATE Ala.
ZIP CODE 36017  PHONE

NAME Michael Murphy 142056
ADDRESS 200 Wallace Dr.
CITY Clio  STATE Al
ZIP CODE 36017  PHONE

NAME Rayshun Jordan 198029
ADDRESS 200 Wallace Dr Jr
CITY Clio  STATE Al
ZIP CODE 36017  PHONE

NAME William Bullard Nish #236827
ADDRESS 200 Wallace Drive
CITY Clio  STATE Al
ZIP CODE 36017  PHONE

NAME GENE BEASLEY 161851
ADDRESS 200 WALLACE DRIVE
CITY CLIO  STATE AL
ZIP CODE 36017  PHONE

NAME Jesse McAdory #121562
ADDRESS 200 Wallace Drive
CITY Clio  STATE AL
ZIP CODE 36017  PHONE

NAME ALFRED E. REED #136750
ADDRESS 200 WALLACE DRIVE
CITY Clio  STATE Al
ZIP CODE 36017  PHONE

(11)

Easterling Correctional Facility.

NAME Benjamin A. Cummings
ADDRESS 200 Wallace Drive
CITY Clio STATE Al
ZIP CODE 36017-2615 PHONE _____

NAME Eddie Grimes JR 186427
ADDRESS 200 Wallace Drive
CITY Clio A STATE AL
ZIP CODE 36017 PHONE _____

NAME Joseph B. Dudley 135327
ADDRESS 200 Wallace Drive
CITY Clio STATE Al
ZIP CODE 36017 PHONE _____

NAME Angelo L Massey 202582
ADDRESS 200 Wallace Drive
CITY Clio Al STATE Al
ZIP CODE 36017 PHONE _____

NAME William Mitchell
ADDRESS 200 Wallace Drive
CITY Clio STATE AL
ZIP CODE 36107 PHONE _____

NAME Reginald Bowser 206391
ADDRESS 200 Wallace Drive
CITY Clio STATE Ala
ZIP CODE 36017 PHONE _____

NAME Willie Hester
ADDRESS 200 Wallace Dr
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME James Burks
ADDRESS 200 Wallace DR.
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME David Marks 239953
ADDRESS 200 Wallace DR
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME Michael Burnes
ADDRESS 200 Wallace DR.
CITY Clio STATE Al
ZIP CODE 36017 PHONE _____

NAME Daryl Johnson 240476
ADDRESS 200 Wallace DR
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

NAME Marcus Slater
ADDRESS _____
CITY _____ STATE _____
ZIP CODE _____ PHONE _____

NAME G.B. Bolden 110009
ADDRESS 200 Wallace Drive
CITY Clio STATE AL.
ZIP CODE 36017 PHONE _____

NAME David Garlock #214579
ADDRESS 200 Wallace Drive
CITY Clio STATE AL
ZIP CODE 36017 PHONE _____

(13)

NAME Eric Lee Brown
ADDRESS Easterling 216794
CITY Clio   STATE Al
ZIP CODE 36017   PHONE ___

NAME John Bethel
ADDRESS Easterling 173958
CITY Clio   STATE Al
ZIP CODE 3017   PHONE ___

NAME Mark A. Lingenfelter
ADDRESS Easterling 216060
CITY Clio   STATE AL
ZIP CODE 36017   PHONE ___

NAME Barry Mullins
ADDRESS Easterling 239765
CITY Clio   STATE Al
ZIP CODE 36017   PHONE ___

NAME Rex Sanders
ADDRESS Easterling 197021
CITY Clio   STATE Ala.
ZIP CODE 36017   PHONE ___

NAME Alfonzo Bryant
ADDRESS Easterling 215916
CITY Clio   STATE Ala
ZIP CODE 36017   PHONE ___

NAME Frederick Dunning
ADDRESS Easterling 174366
CITY Clio   STATE Al
ZIP CODE 36017   PHONE ___

NAME Anthony D. Johnson
ADDRESS Easterling 235474
CITY Clio   STATE AL
ZIP CODE 36017   PHONE ___

NAME Johnnie Sinclair 211285
ADDRESS Clio
CITY Easterling   STATE Al
ZIP CODE 36017   PHONE ___

NAME Ahiba McNair #219830
ADDRESS Easterling Corr. Facilty
CITY Clio   STATE ___
ZIP CODE 36017   PHONE ___

x NAME Herbert Kimbrough #176450
ADDRESS Clio, AL 36017
CITY Clio   STATE Al
ZIP CODE ___   PHONE ___

NAME Timothy Dean
ADDRESS ECC 200 Wallace Dr.
CITY Clio   STATE AL
ZIP CODE 36017   PHONE ___

NAME ___
ADDRESS ___
CITY ___   STATE ___
ZIP CODE ___   PHONE ___

NAME ___
ADDRESS ___
CITY ___   STATE ___
ZIP CODE ___   PHONE ___

(14.)

NAME PRESTON DAVIS 234672
ADDRESS 200 Wallace Dr
CITY CLIO   STATE AL
ZIP CODE 36017   PHONE _____

NAME Johnny Wilson 141569
ADDRESS 200 Wallace Dr
CITY Clio   STATE Al.
ZIP CODE 36017   PHONE None

NAME JAMES R RICH #154215
ADDRESS 200 WALLACE DRIVE
CITY CLIO   STATE Ala
ZIP CODE 36017   PHONE N/A

NAME Christopher Owens #217794
ADDRESS 200 Wallace Dr.
CITY Clio   STATE AL
ZIP CODE 36017   PHONE N/A

NAME _____
ADDRESS _____
CITY _____ STATE _____
ZIP CODE _____ PHONE _____

NAME _____
ADDRESS _____
CITY _____ STATE _____
ZIP CODE _____ PHONE _____

NAME _____
ADDRESS _____
CITY _____ STATE _____
ZIP CODE _____ PHONE _____

NAME _____
ADDRESS _____
CITY _____ STATE _____
ZIP CODE _____ PHONE _____

NAME _____
ADDRESS _____
CITY _____ STATE _____
ZIP CODE _____ PHONE _____

NAME _____
ADDRESS _____
CITY _____ STATE _____
ZIP CODE _____ PHONE _____

(15.)