IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES MCDONALD, #236254 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. **2:06-CV-284-MHT** |
| | ) |
| RICHARD ALLEN, et al. | ) |
| | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Richard Allen and Bob Riley,* Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

■  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| State of Alabama | Governor |
| Department of Corrections | Commissioner |

12/28/2007                           /s/ J.MATT BLEDSOE
Date                                      Counsel Signature

                                              Riley and Allen
                                              Counsel for (print names of all parties)

                                              11 South Union Street
                                              Montgomery, AL 36130
                                              Address, City, State Zip Code

                                              334-242-7443
                                              Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

      I, J. Matt Bledsoe, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 28th day of December 2007, to:

James McDonald, ##236354
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017


| 12/28/2007 | /s/ J. Matt Bledsoe |
|---|---|
| Date | Signature |