**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 4, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   McDonald v. Allen et al

Case Number:   2:06-cv-00284-MHT

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include the electronic signature on the certificate of service page.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 41   filed on   January 03, 2008.**