IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES MCDONALD, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD ALLEN, *et al.*, )<br>)<br>  Defendants. ) | CIVIL ACTION NO. 2:06cv284-MHT<br>(WO) |

## ORDER

On February 20, 2008, the magistrate judge filed a recommendation (Doc. # 43) in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED as follows:

1. That the recommendation of the magistrate judge (Doc. # 43) is adopted; and

2. That the defendants' motions for summary judgment (Doc. ## 14, 21, 27 & 29) are granted.

DONE, this the 14th day of March 2008.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE