```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004520
Cashier ID: brobinso
Transaction Date: 04/02/2008
Payer Name: EASTERLING CORR FACILITY
-----------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES POSEY MCDONALD
 Case/Party: D-ALM-2-06-CV-000284-001
 Amount:         $13.00
-----------------------------------------
CHECK
 Check/Money Order Num: 3357
 Amt Tendered:   $13.00
-----------------------------------------
Total Due:      $13.00
Total Tendered: $13.00
Change Amt:     $0.00
```