```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004923
Cashier ID: khaynes
Transaction Date: 05/01/2008
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: JAMES POSEY MCDONALD
 Case/Party: D-ALM-2-06-CV-000284-001
 Amount:         $3.00
-----------------------------------
CHECK
 Check/Money Order Num: 3416
 Amt Tendered:   $3.00
-----------------------------------
Total Due:       $3.00
Total Tendered:  $3.00
Change Amt:      $0.00
```