```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005332
Cashier ID: brobinso
Transaction Date: 06/02/2008
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES POSEY MCDONALD
 Case/Party: D-ALM-2-06-CV-000284-001
 Amount:         $18.00
------------------------------------
CHECK
 Check/Money Order Num: 3489
 Amt Tendered:   $18.00
------------------------------------
Total Due:       $18.00
Total Tendered:  $18.00
Change Amt:      $0.00
```