```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005669
Cashier ID: brobinso
Transaction Date: 07/02/2008
Payer Name: HENINGER GARRISON DAVIS LLC
------------------------------------
CIVIL FILING FEE
 For: HENINGER GARRISON DAVIS LLC
 Case/Party: D-ALM-2-08-CV-000520-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 7936
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

GRACIE ADAMS ET AL V. SCHAFER
```